**Assertio Holdings, Inc. (ASRT)**  **Perry Shapiro**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/29/2023 | 6,000 | $2.6300 |