UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PERRY SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSERTIO HOLDINGS, INC., DAN PEISERT, and PAUL SCHWICHTENBERG,<br><br>Defendants. | Civil Action No.  1:24-cv-00169<br><br><br>CLASS ACTION<br><br><br>Hon. Franklin U. Valderrama |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF CONTINENTAL GENERAL INSURANCE COMPANY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Continental General Insurance Company ("CGIC"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of CGIC's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Chart reflecting the financial interest of CGIC in this litigation;

Exhibit B:      Press release published over *AccessWire* on January 5, 2024, announcing the pendency of the Action;

Exhibit C:      Shareholder Certification executed on behalf of CGIC;

Exhibit D:      Declaration executed on behalf of CGIC; and

Exhibit E:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 5, 2024.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1