# EXHIBIT A

**Assertio Holdings, Inc. (ASRT)**
**Class Period: March 9, 2023 to November 8, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire | | | | Sales | | | | 90-Days* Mean Price $1.0257 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | |
| Continental General Insurance Company | | | | | Preclass | 851,037 | | | | | |
| Continental General Insurance Company | 3/14/2023 | 200,000 | $5.8673 | ($1,173,460) | 7/19/2023 | (22,107) | $5.3413 | $118,080 | | | |
| Continental General Insurance Company | 3/15/2023 | 200,000 | $5.7374 | ($1,147,480) | 7/21/2023 | (61,405) | $5.3501 | $328,523 | | | |
| Continental General Insurance Company | 4/3/2023 | 100,000 | $6.1661 | ($616,610) | 7/25/2023 | (100,000) | $5.5419 | $554,190 | | | |
| Continental General Insurance Company | 4/4/2023 | 100,000 | $5.8772 | ($587,720) | 7/26/2023 | (69,275) | $5.5003 | $381,033 | | | |
| Continental General Insurance Company | 4/5/2023 | 200,000 | $5.8975 | ($1,179,500) | 7/27/2023 | (57,136) | $5.4582 | $311,860 | | | |
| Continental General Insurance Company | 4/6/2023 | 100,000 | $6.1855 | ($618,550) | 7/31/2023 | (300,000) | $5.6562 | $1,696,860 | | | |
| Continental General Insurance Company | 4/12/2023 | 200,000 | $5.9128 | ($1,182,560) | 7/28/2023 | (200,000) | $5.4847 | $1,096,940 | | | |
| Continental General Insurance Company | 4/17/2023 | 169,045 | $6.1820 | ($1,045,036) | 8/1/2023 | (150,000) | $5.4008 | $810,120 | | | |
| Continental General Insurance Company | 4/18/2023 | 100,000 | $6.0495 | ($604,950) | 8/2/2023 | (100,000) | $5.4059 | $540,590 | | | |
| Continental General Insurance Company | 4/19/2023 | 100,000 | $6.0455 | ($604,550) | 8/3/2023 | (181,358) | $5.4124 | $981,582 | | | |
| Continental General Insurance Company | 4/20/2023 | 100,000 | $5.9618 | ($596,180) | 9/27/2023 | (25,807) | $2.6503 | $68,397 | | | |
| Continental General Insurance Company | 4/25/2023 | 586,332 | $5.3271 | ($3,123,432) | 9/28/2023 | (160,339) | $2.6506 | $424,996 | | | |
| Continental General Insurance Company | 4/25/2023 | 200,000 | $5.1894 | ($1,037,880) | 10/2/2023 | (4,547) | $2.5302 | $11,505 | | | |
| Continental General Insurance Company | 4/26/2023 | 200,000 | $5.0186 | ($1,003,720) | 9/29/2023 | (174,597) | $2.5673 | $448,240 | | | |
| Continental General Insurance Company | 4/26/2023 | 200,000 | $4.9863 | ($997,260) | 10/2/2023 | (399,165) | $2.4558 | $980,257 | | | |
| Continental General Insurance Company | 4/27/2023 | 131,374 | $4.9967 | ($656,431) | 10/3/2023 | (146,301) | $2.4404 | $357,033 | | | |
| Continental General Insurance Company | | | | | 10/5/2023 | (200,000) | $2.4650 | $493,000 | | | |
| Continental General Insurance Company | | | | | 10/11/2023 | (155,831) | $2.3815 | $371,113 | | | |
| Continental General Insurance Company | | | | | 10/10/2023 | (475,624) | $2.5267 | $1,201,744 | | | |
| Continental General Insurance Company | | | | | 10/12/2023 | (100,000) | $2.3127 | $231,266 | | | |
| Continental General Insurance Company | | | | | 10/13/2023 | (542,414) | $2.3431 | $1,270,917 | | | |
| Continental General Insurance Company | | | | | 10/16/2023 | (111,882) | $2.3796 | $266,233 | | | |
| **Continental General Insurance Company** | | **2,886,751** | | **($16,175,320)** | | **(3,737,788)** | | **$12,944,478** | **$0** | **($7,940,376)** | **($5,229,647)** |

*Avg Closing Prices from November 9, 2023 to February 6, 2024