# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Michael Gorzynski, on behalf of Continental General Insurance Company ("CGIC"), as Executive Chairman, with authority to bind CGIC and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Assertio Holdings, Inc. ("Assertio") and authorize the filing of a motion on CGIC's behalf for appointment as lead plaintiff.

3.     CGIC did not purchase or acquire Assertio securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     CGIC is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Assertio securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     The attached sheet lists all of CGIC's transactions in Assertio securities during the Class Period as specified in the Complaint.

6.     During the three-year period preceding the date on which this Certification is signed, CGIC has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *Continental General Insurance Company et al v. Mallinckrodt plc et al*, No. 3:23-cv-03662 (D.N.J.)

7.     CGIC agrees not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _____
2/8/2024
                    **(Date)**


                                                    ┌DocuSigned by:

                                                    *Michael Gorzynski*
                                                    └DA00988658FC461...                  _____
                                                        **(Signature)**


                                            Michael Gorzynski
                                            Executive Chairman
                                            Continental General Insurance Company.

**Assertio Holdings, Inc. (ASRT)**                    **Continental General Insurance Company**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/14/2023 | 200,000 | $5.8673 |
| Purchase | 3/15/2023 | 200,000 | $5.7374 |
| Purchase | 4/3/2023 | 100,000 | $6.1661 |
| Purchase | 4/4/2023 | 100,000 | $5.8772 |
| Purchase | 4/5/2023 | 200,000 | $5.8975 |
| Purchase | 4/6/2023 | 100,000 | $6.1855 |
| Purchase | 4/12/2023 | 200,000 | $5.9128 |
| Purchase | 4/17/2023 | 169,045 | $6.1820 |
| Purchase | 4/18/2023 | 100,000 | $6.0495 |
| Purchase | 4/19/2023 | 100,000 | $6.0455 |
| Purchase | 4/20/2023 | 100,000 | $5.9618 |
| Purchase | 4/25/2023 | 586,332 | $5.3271 |
| Purchase | 4/25/2023 | 200,000 | $5.1894 |
| Purchase | 4/26/2023 | 200,000 | $5.0186 |
| Purchase | 4/26/2023 | 200,000 | $4.9863 |
| Purchase | 4/27/2023 | 131,374 | $4.9967 |
| Sale | 7/19/2023 | (22,107) | $5.3413 |
| Sale | 7/21/2023 | (61,405) | $5.3501 |
| Sale | 7/25/2023 | (100,000) | $5.5419 |
| Sale | 7/26/2023 | (69,275) | $5.5003 |
| Sale | 7/27/2023 | (57,136) | $5.4582 |
| Sale | 7/31/2023 | (300,000) | $5.6562 |
| Sale | 7/28/2023 | (200,000) | $5.4847 |
| Sale | 8/1/2023 | (150,000) | $5.4008 |
| Sale | 8/2/2023 | (100,000) | $5.4059 |
| Sale | 8/3/2023 | (181,358) | $5.4124 |
| Sale | 9/27/2023 | (25,807) | $2.6503 |
| Sale | 9/28/2023 | (160,339) | $2.6506 |
| Sale | 10/2/2023 | (4,547) | $2.5302 |
| Sale | 9/29/2023 | (174,597) | $2.5673 |
| Sale | 10/2/2023 | (399,165) | $2.4558 |
| Sale | 10/3/2023 | (146,301) | $2.4404 |
| Sale | 10/5/2023 | (200,000) | $2.4650 |
| Sale | 10/11/2023 | (155,831) | $2.3815 |
| Sale | 10/10/2023 | (475,624) | $2.5267 |
| Sale | 10/12/2023 | (100,000) | $2.3127 |
| Sale | 10/13/2023 | (542,414) | $2.3431 |
| Sale | 10/16/2023 | (111,882) | $2.3796 |