# EXHIBIT D

## DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I, Michael Gorzynski, as Executive Chairman of Continental General Insurance Company ("CGIC"), respectfully submit this Declaration in support of the motion of CGIC for appointment as Lead Plaintiff and approval of CGIC's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action on behalf of investors in the securities of Assertio Holdings, Inc. ("Assertio" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). In addition to Pomerantz, CGIC is also represented by DJS Law Group LLP in this action. I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information in this Declaration.

2.       I, Michael Gorzynski, as Executive Chairman of CGIC, am authorized to make this declaration on behalf of CGIC. I am also authorized to bind CGIC in connection with this litigation and I will be the main contact for CGIC in this litigation. I live in Tuxedo Park, New York. I have a Master of Business Administration degree from Harvard University and a Bachelor of Arts degree from the University of California, Berkeley. I have prior experience retaining and working with counsel in connection with complex securities litigation and shareholder lawsuits. I am 45 years old and have been investing in the securities markets for more than 25 years.

3.       CGIC is organized under the laws of Texas and is headquartered in Austin, Texas. CGIC is a long-term care, life, and health insurance company. CGIC has been investing in the securities markets for approximately 30 years. As reflected in the Certification I signed on behalf of CGIC, CGIC purchased Assertio securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

1

4.      I have discussed this case with an attorney from Pomerantz. Accordingly, I am aware of the current status of this litigation. I understand that in addition to CGIC, other investors in Assertio securities may file motions seeking appointment as Lead Plaintiff in this action. I understand that on March 5, 2024, Pomerantz will file a memorandum of law in support of the motion of CGIC for appointment as Lead Plaintiff. I understand that this Declaration and other supporting submissions prepared by Pomerantz will be filed concurrently with the memorandum of law. I understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter. I understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice. I held a call with an attorney from Pomerantz to discuss this litigation. I approved Pomerantz as designated Lead Counsel for CGIC. I approved the filing of a motion on behalf of CGIC seeking its appointment as Lead Plaintiff.

5.      I attest to, among other things, the belief of CGIC in the merits of this action; the desire of CGIC to achieve the best possible result for the Class; the interest of CGIC in prosecuting this case; my understanding of the fiduciary obligations of a Lead Plaintiff; and my preparedness to supervise counsel on behalf of CGIC, as well as undertake all actions necessary on behalf of CGIC, to ensure that the Class's claims will be zealously and efficiently litigated. I hereby affirm that the foregoing statements, as well as all other statements set forth in this Declaration, are true and correct statements of the views and intentions of CGIC with respect to this litigation, and that CGIC seeks appointment as Lead Plaintiff in this action.

6.      Given the significant financial interest of CGIC in the claims against the defendants, CGIC is strongly motivated to recover the significant losses that CGIC and the Class suffered as a result of defendants' violations of the federal securities laws. The principal goal of

2

CGIC in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties. CGIC is committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with its duties under the PSLRA.

7. If appointed Lead Plaintiff, CGIC will satisfy its fiduciary obligations to the Class by, among other steps, having its personnel confer with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, CGIC will ensure that the Assertio securities litigation will be vigorously prosecuted consistent with the obligations of a Lead Plaintiff under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

8. After reviewing the allegations pleaded in the complaint, and consulting with counsel for CGIC, I determined to seek appointment of CGIC as Lead Plaintiff, and subsequently approved the filing of a motion seeking the appointment of CGIC as Lead Plaintiff. CGIC agrees that its resources and my ability to engage in decision-making will materially benefit and advance the interests of the Class in this case.

9. I understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member. As the Certification I signed on behalf of CGIC states, CGIC will not accept any payment for serving as a representative party beyond its *pro rata* share, except any reasonable costs and expenses directly related to the Class representation as ordered or approved by the Court pursuant to the PSLRA.

10. I understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors

3

establish that they can oversee the litigation and their proposed Lead Counsel in an independent manner. CGIC intends to prosecute this litigation in such an independent and vigorous manner.

11. I also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. CGIC has fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, CGIC selected Pomerantz to serve as Lead Counsel. Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, I believe that the firm is well-qualified to represent the Class.

12. Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will continue to supervise counsel on behalf of CGIC and actively oversee the prosecution of the action for the benefit of the Class on behalf of CGIC by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this __3/3/2024__ day of __March__, 2024.

Michael Gorzynski
Executive Chairman of Continental General Insurance Company