**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PERRY SHAPIRO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ASSERTIO HOLDINGS, INC., DAN PEISERT, and PAUL SCHWICHTENBERG, <br><br> Defendants. | Case No. 1:24cv00169 <br><br> **CLASS ACTION** <br><br> Hon. Franklin U. Valderrama |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT**
**OF THE MOTION OF VICTOR DE MORAES FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, CAROL V. GILDEN, hereby declare under penalties of perjury that:

1.      I am a partner with Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I make this Declaration in Support of The Motion of Victor de Moraes ("Moraes") for Appointment as Lead Plaintiff and Approval of Selection of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:     The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:     Moraes' sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:     Moraes' Loss Chart;

Exhibit D:     Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:     Firm Résumé of Cohen Milstein.

Dated: March 5, 2024 /s/ *Carol V. Gilden*

CAROL V. GILDEN