# EXHIBIT A

Case: 1:24-cv-00169 Document #: 34-1 Filed: 03/05/24 Page 2 of 4 PageID #:536



 **Back to Newsroom**

# Pomerantz Law Firm Announces the Filing of a Class Action Against Assertio Holdings, Inc. and Certain Officers – ASRT

Friday, 05 January 2024 07:00 PM



**Pomerantz LLP**

**Topic:**   Class Action

Share this Article

**NEW YORK, NY / ACCESSWIRE / January 5, 2024 /** Pomerantz LLP announces that a class action lawsuit has been filed against Assertio Holdings, Inc. ("Assertio" or the "Company") (NASDAQ:ASRT). The class action, filed in the United States District Court for the Northern District of Illinois, and docketed under 23-cv- 00169, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Assertio securities between March 9, 2023 and November 8, 2023, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Assertio securities during the Class Period, you have until March 5, 2024, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Assertio is a commercial pharmaceutical company that purportedly offers differentiated products to patients utilizing a non-personal promotional model. One of the Company's primary pharmaceutical products is Indocin, an oral and suppository solution for the treatment of moderate to severe rheumatoid arthritis. However, because there are no patents covering the Indocin products, Assertio can potentially face competition at any time from the introduction of generic versions of these products made by competitors.

In July 2023, Assertio acquired Spectrum Pharmaceuticals, Inc. ("Spectrum"), a biopharmaceutical company focused on novel and targeted oncology, along with Spectrum's injection asset Rolvedon (the "Spectrum Acquisition"). In a press release announcing the closing of the acquisition, Assertio's Chief Executive Officer ("CEO") Defendant Dan Peisert ("Peisert") was quoted as stating, in relevant part, "[w]e look forward to building on the successful early results in the [Rolvedon] Injection launch for the remainder of 2023, driving the business toward [its] goal of accretive contribution to our Adjusted EPS and operating cash flow in 2024."

2/26/24, 4:00 PM
Pomerantz Law Firm Announces the Filing of a Class Action Against Assertio Holdings, Inc. and Certain Officers - ASRT

Case: 1:24-cv-00169-Document #: 34-1 Filed: 03/05/24 Page 3 of 4 PageID #:539



risk of generic competition, (ii) the Spectrum Acquisition was less valuable than Assertio had represented to investors, (iii) accordingly, Assertio had overstated the positive impact the sale of Indocin products and the Spectrum Acquisition were likely to have on the Company's profitability; and (iv) as a result, Defendants' public statements were materially false and/or misleading at all relevant times.

On August 3, 2023, Zydus Lifesciences Limited ("Zydus"), a generic pharmaceutical company, received approval from the U.S. Food and Drug Administration ("FDA") to manufacture and market 50mg indomethacin suppositories, the generic version of the Company's Indocin Suppositories. Specifically, the FDA granted Zydus 180-day Competitive Generic Therapies exclusivity to market the product. Following the FDA's decision, Assertio withdrew its 2023 financial outlook previously issued in May 2023.

On this news, Assertio's stock price fell $2.44 per share, or 45.6%, to close at $2.91 per share on August 4, 2023

Then, on November 8, 2023, Assertio issued a press release announcing its financial results for its third quarter ("Q3") of 2023. Among other results, Assertio reported Q3 non-GAAP earnings-per-share of $0.01, missing consensus estimates by $0.09, and revenue of $35.63 million, missing consensus estimates by $14.8 million. Defendant Peisert called the Company's Q3 2023 results "disappointing," noting that "the loss of Indocin exclusivity and Rolvedon results below expectations [drove] significant charges to our net income" and that the Company was "learning" that "certain aspects" of its July 31, 2023 acquisition of Spectrum Pharmaceuticals Inc. "may not be everything we initially expected."

On this news, Assertio's stock price fell $0.92 per share, or 43.19%, to close at $1.21 per share on November 9, 2023.

On, January 3, 2024, Assertio issued a press release announcing that Defendant Peisert was stepping down from his role as the Company's CEO.

On this news, Assertio's stock price fell $0.12 per share, or 10.96%, to close at $1.01 per share on January 4, 2024.

The Complaint alleges that, throughout the Class Period, Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

Topic:  Class Action

 **Back to Newsroom**

# Press release distribution that gets you the engagement and visibility your brand deserves.

**CONTACT US TODAY!**

Our industry–leading global news distribution is the most effective platform to reach your target audience.

Case: 1:24-cv-00169-DRC Doc #: 34-1 Filed: 03/05/24 Page: 4 of 4 PAGEID #: 546



Sign Up



   

**ABOUT**

WHO WE ARE

WHO WE SERVE

CONTACT

**PRODUCTS**

PRESS RELEASE DISTRIBUTION

PRESS RELEASE OPTIMIZER

ONLINE MEDIA ROOM

IR WEBSITES

WEBCASTING

**NEWSROOM**

**RESOURCES**

FAQ

COMPANY SPOTLIGHT

SAMPLE PRESS RELEASE

PRESS RELEASE TEMPLATE

BLOG

**CUSTOMER REVIEWS**

**LOGIN**

**CONNECT TODAY!**

SALES

EDITORIAL

CONTENT LICENSING

JOIN OUR NEWSLETTER

**866-694-3099**

© 2023 ACCESSWIRE | All Rights Reserved

PRIVACY POLICY | TERMS OF SERVICE |
RESPONSIBLE CLOSURE GUIDELINES | Status