# EXHIBIT C

**Assertio Holdings, Inc. (NASDAQ: ASRT)**

LIFO Losses
Class Period: 03/09/2023 - 11/08/2023

| MOVANT | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| VICTOR DE MORAES | 03/09/23 | 600 | 6.8000 | 4,080.00 | 05/09/23 | 800 | 7.0200 | 5,616.00 | | | |
| | 03/09/23 | 100 | 6.8000 | 680.00 | 05/09/23 | 200 | 7.0200 | 1,404.00 | | | |
| | 03/09/23 | 100 | 6.8000 | 680.00 | 05/09/23 | 100 | 7.0200 | 702.00 | | | |
| | 03/09/23 | 100 | 6.8000 | 680.00 | 05/09/23 | 100 | 7.0200 | 702.00 | | | |
| | 03/09/23 | 11 | 6.8000 | 74.80 | 05/09/23 | 100 | 7.0200 | 702.00 | | | |
| | 03/09/23 | 225 | 6.8000 | 1,530.00 | 05/09/23 | 200 | 7.0200 | 1,404.00 | | | |
| | 03/09/23 | 11 | 6.8000 | 74.80 | 05/09/23 | 100 | 7.0200 | 702.00 | | | |
| | 03/09/23 | 3,400 | 6.8400 | 23,256.00 | 05/09/23 | 20 | 7.0200 | 140.40 | | | |
| | 03/09/23 | 553 | 6.8400 | 3,782.52 | 05/09/23 | 375 | 7.0200 | 2,632.50 | | | |
| | 03/09/23 | 800 | 6.8400 | 5,472.00 | 05/09/23 | 10 | 7.0200 | 70.20 | | | |
| | 03/09/23 | 9,100 | 6.8400 | 62,244.00 | 05/09/23 | 1 | 7.0200 | 7.02 | | | |
| | 03/10/23 | 750 | 6.3400 | 4,755.00 | 05/09/23 | 200 | 7.0200 | 1,404.00 | | | |
| | 03/10/23 | 400 | 6.3400 | 2,536.00 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 03/10/23 | 70 | 6.3200 | 442.40 | 05/09/23 | 200 | 7.0100 | 1,402.00 | | | |
| | 03/10/23 | 8 | 6.3200 | 50.56 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 04/28/23 | 4 | 5.4200 | 21.68 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 04/28/23 | 1 | 5.4300 | 5.43 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 06/23/23 | 4,000 | 5.7600 | 23,040.00 | 05/09/23 | 300 | 7.0100 | 2,103.00 | | | |
| | 06/23/23 | 147 | 5.8100 | 854.07 | 05/09/23 | 200 | 7.0100 | 1,402.00 | | | |
| | 06/23/23 | 1,724 | 5.8900 | 10,154.36 | 05/09/23 | 5 | 7.0100 | 35.05 | | | |
| | 06/23/23 | 129 | 5.8900 | 759.81 | 05/09/23 | 200 | 7.0100 | 1,402.00 | | | |
| | 06/29/23 | 533 | 5.4200 | 2,888.86 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 06/29/23 | 467 | 5.4200 | 2,531.14 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 07/07/23 | 1,000 | 5.3600 | 5,360.00 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 08/03/23 | 1 | 5.3700 | 5.37 | 05/09/23 | 200 | 7.0100 | 1,402.00 | | | |
| | 08/03/23 | 100 | 5.3700 | 537.00 | 05/09/23 | 400 | 7.0100 | 2,804.00 | | | |
| | 08/03/23 | 112 | 5.3700 | 601.44 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 08/03/23 | 1 | 5.3700 | 5.37 | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | 08/03/23 | 1,286 | 5.3600 | 6,892.96 | 05/09/23 | 200 | 7.0100 | 1,402.00 | | | |
| | | | | | 05/09/23 | 100 | 7.0100 | 701.00 | | | |
| | | | | | 05/09/23 | 11,322 | 7.0000 | 79,254.00 | | | |
| | | | | | 08/03/23 | 9,500 | 2.8400 | 26,980.00 | | | |
| **VICTOR DE MORAES Totals** | | **25,733** | | **$163,995.57** | | **25,733** | | **$140,682.17** | | | **($23,313.40)** |