# EXHIBIT E

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.





"The most effective law firm in the United States for lawsuits with a strong social and political component."

**Inside Counsel**

"Class action powerhouse."

**Forbes**

Boston | Chicago | Minneapolis | New York | Palm Beach Gardens | Philadelphia | Raleigh | Washington **cohenmilstein.com**

**COHENMILSTEIN**

Powerful Advocates. Meaningful Results.

# | About the Firm

**We are trailblazers in plaintiff-side and class action litigation, handling groundbreaking cases resulting in landmark decisions involving antitrust, securities, consumer rights, civil rights, and other far-reaching matters.**

We fight corporate abuse by pursuing litigation on behalf of individuals, investors, whistleblowers, small businesses, and other institutions in lawsuits that have raised significant and often novel legal issues.

With more than 100 attorneys in 10 practice areas in eight offices across the country, including Boston, Chicago, Minneapolis, New York, Palm Beach Gardens, Philadelphia, Raleigh, and Washington, we are recognized as one of the largest and most diversified plaintiffs' firms in the country.

We regularly litigate complex matters across a wide range of practice areas:

- Antitrust
- Civil Rights & Employment
- Complex Tort Litigation
- Consumer Protection
- Employee Benefits / ERISA
- Ethics and Fiduciary Counseling

- Human Rights
- Public Client
- Securities Litigation & Investor Protection
- Whistleblower/False Claims Act

In 2024, *Law360* recognized our Securities Litigation & Investor Protection practice as a "2023 Practice Group of the Year." In 2023, *The National Law Journal* named Cohen Milstein "Law Firm of the Year" for Civil Rights and Employee Rights. *Chambers USA* and *Legal 500* have also consistently ranked Cohen Milstein as a "Top Tier Firm" and "Leading Firm" in Antitrust, Securities Litigation, Product Liability, Mass Torts, and Employment Law. The firm has also been named among the "Best Law Firms for Female Attorneys" in *Law360's* 2023 "Glass Ceiling Report."

Our attorneys, individually, are heralded as among the best in their practices by peer-reviewed surveys and industry organizations, such as American Antitrust Institute, *The American Lawyer, Benchmark Litigation, Chambers USA, Global Competition Review, Law360, Lawdragon, Legal 500,* and *The National Law Journal*.

**cohenmilstein.com**



Powerful Advocates. Meaningful Results.

# Securities Litigation & Investor Protection

**We are a powerful ally for institutional investors seeking to recover assets lost due to securities fraud and other unlawful behavior.**

We have earned national recognition for using innovative strategies to hold defendants accountable and obtain favorable rulings for our clients, which include some of the country's largest public employee and Taft-Hartley pension funds. Our attorneys are strong advocates with a demonstrated willingness to take cases to trial and appeal adverse rulings to obtain the best possible results.

## Making An Impact

For four decades, we have prevailed against corporate defendants.

- **Mortgage-Backed Securities (MBS) Class Actions:** Since 2013, we recovered more than $2.5 billion for investors. Those results include landmark settlements of $500 million each on behalf of the Iowa Public Employees Retirement System and Oregon Public Employees Retirement System in the Countrywide and Bear Stearns MBS cases, two of a dozen MBS cases in which we successfully represented pension funds as plaintiffs.

- **Groundbreaking Shareholder Derivative Lawsuits:** We represented shareholders in a series of groundbreaking derivative lawsuits that alleged corporate leaders turned a blind eye to pervasive workplace sexual harassment, discrimination, or abuse that put shareholder value at risk. Four derivative settlements, Alphabet ($310M) and Wynn Resorts ($90M), L Brands ($100M), and Pinterest ($50M) resulted in sweeping governance and policy changes and unlocked over half a billion dollars in commitments to diversity, equity, and inclusion programs.

- **Groundbreaking Financial Market Manipulation Class Actions:** We are leading proprietary class actions attempting to break big banks' stranglehold over multi-trillion-dollar markets for interest rate swaps and securities lending. These far-reaching lawsuits seek to modernize antiquated markets and recover billions of dollars investors were improperly forced to pay because of investment banks' collusive and unlawful conduct.

## Industry Recognitions

Victories in the courtroom have earned us accolades, including *Law 360's* Practice Group of the Year for both Securities and Class Actions, and its Most Feared Plaintiffs Law Firm honors. Our work on behalf of investors has won thanks from our pension fund clients, respect from opposing counsel, and praise from judges.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

- Of the *RALI MBS Securities Litigation,* Judge Katherine Failla of the U.S. District Court for the Southern District of New York, said: *"Plaintiffs' counsel took on an enormous amount of risk and stuck with it for nearly seven years."*

- In approving the *Alphabet Shareholder Derivative Litigation,* California Superior Court Judge Brian C. Walsh, U.S. District Court Judge said the *"groundbreaking"* agreement stands as *"a credit to what your profession can do to solve a problem."*

## Our People

- Our attorneys have served in leadership roles for state pension funds and as regulators in both state and federal government. Their experience helps us understand the demands placed on, and needs of, institutional investors.

- Our partners are frequently asked to speak to institutional investor groups; some serve as leaders of legal organizations and publications or teach and lecture at law schools.

- Our partners regularly appear on prestigious lists such as *The National Law Journal's* Elite Women of the Plaintiffs Bar; *Law360's* MVPs, Rising Stars, Titans of the Plaintiffs' Bar, and Most Influential Women in Securities Law; *Crain*'s Notable Women in Law; *Legal 500's* Leading Attorneys; Lawdragon's 500 Leading Lawyers; and Benchmark Plaintiff's Litigation Stars.

## Leaders in Diversity, Equity & Inclusion

In addition to our groundbreaking working in shareholder derivative litigation, we are proud of the firm's culture of equality and diversity.

- *Law360's* 2023 "Glass Ceiling Report," for example, named us a "ceiling smasher" and ranked the firm No. 2 for having the highest representation of women in the equity partnership."

- Seven of our firm's 10 practice groups are led or co-led by female partners, including women of color. The firm's executive committee also includes a woman of color.

Our Securities Litigation & Investor Protection practice is no different: half the attorneys and half the partners, including the practice co-chair, Julie Goldsmith Reiser, are women.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

## | Judicial Recognition

We have been honored to receive enthusiastic praise from courts across the country for our work in securities class actions and shareholder derivative litigation.

---

The *In re Alphabet* settlement is "groundbreaking." It codifies a "best in class approach . . . to address sexual harassment, sexual misconduct, discrimination, retaliation, inequity and inclusion in the workplace." Achieving such a settlement, is "a credit to what . . . your profession can do to solve a problem."

~ **The Honorable Brian C. Walsh, California Superior Court Judge** (*In re Alphabet Shareholder Derivative Litigation*)

---

"I think it is the most striking factor here, that in 2008 no one else seemed to want to take this particular tack with litigation, and in 2011 they seemed to be proven correct, but here we are with a rather substantial settlement. I don't want to demean this by saying that fortune favors the brave, but that is what happened here. Plaintiffs' counsel took on an enormous amount of risk and stuck with it for nearly seven years."

~ **The Honorable Katherine P. Failla, U.S. District Court for the Southern District of New York** (*New Jersey Carpenters Health Fund v. Residential Capital, LLC*)

---

"Let me also say, this has been a long process, I know, more than six years, and I want to reiterate how fortunate I feel to have … worked with such able lawyers on both sides. It's been one of the highlights of my career as a judge. We had difficult issues and even some novel issues, and through it all you provided me with the highest standards both of scholarship and of advocacy and I am grateful."

~ **The Honorable Keith P. Ellison, U.S. District Court for the Southern District of Texas** (*In re BP plc Securities Litigation*)

---

"Lead Counsel successfully obtained the first derivative demand futility decision in the country in a case involving claims of sexual misconduct, and after significant litigation, numerous hearings and substantial discovery, negotiated the largest derivative settlement in Nevada history …. At all times throughout the litigation, Lead Counsel's work was professional and of exceptionally high quality. What the settlement achieved is a testament to their hard work throughout the litigation."

~ **The Honorable Timothy Williams, Nevada State Court** (*Thomas P. DiNapoli v. Stephen A. Wynn*)

---

cohenmilstein.com

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

*"Before we adjourn, I just want to thank all of you really for the excellent lawyering. It's a pleasure, as I think I said at the motion to dismiss stage, to get lawyering of this caliber…. It's my pleasure to have presided over this case."*

> **~ The Honorable Paul A. Engemayer, U.S. District Court for the Southern District of New York** (*Braskem S.A. Securities Litigation*)

*"[T]his is a very, very good result for the plaintiffs … the vigorously fought class action here and well represented class action is something of which plaintiff[s'] counsel can be proud …"*

> **~ The Honorable Katherine B. Forrest, U.S. District Court for the Southern District of New York** (*Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A. and U.S. Bank Nat'l Association*)

*"this hard-fought settlement which is very beneficial to the members of the classes, [is] impressive."*

> **~ The Honorable Laura Taylor Swain, U.S. District Court for the Southern District of New York** (*In re Bear Stearns Mortgage PassThrough Certificates Litigation.*)

*". . . one of the most interesting and different class actions I've seen."*

> **~ The Honorable Loretta A. Preska, U.S. District Court for the Southern District of New York** (*New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Group, PLC*)

*". . . people who run corporations are generally deterred by the fact that there are … Cohen Milsteins out there."* **~The Honorable Judge T.S. Ellis III, U.S. District Court for the Southern District of New York** (*In re Bearing Point Securities Litigation*)

*"[Cohen Milstein] did a wonderful job here for the class and were in all respects totally professional and totally prepared. I wish I had counsel this good in front of me in every case."*

> **~ The Honorable Lewis A. Kaplan, U.S. District Court for the Southern District of New York** (*In re Parmalat Securities Litigation*)

*". . . the efforts undertaken by [counsel] were more generative and exceeded the investigative work of the other applicants by an order of magnitude."*

> **~ The Honorable Judge Paul A. Engelmayer, U.S. District Court for the Southern District of New York** (*Public School Teachers' Pension and Retirement Fund of Chicago v. Bank of America Corp.*)

cohenmilstein.com

5 of 40

**COHEN**MILSTEIN

*Powerful Advocates. Meaningful Results.*

# | Accolades – Securities Litigation

**Practice Achievement:** Our Securities Litigation & Investor Protection practice is recognized as among the most preeminent in the country:

*Law360* **"Practice Group of the Year – Securities"** (2020, 2022, 2023)

*Chambers USA* **"Securities Litigation: Plaintiffs – Nationwide"** (Since 2021)

*Legal 500* **"Leading Practices - Securities Litigation: Mainly Plaintiff"** (Since 2018)

*The National Law Journal* **"Finalist – Elite Trial Lawyers - Securities Litigation"** (2018, 2019, 2021, 2023)

Law360 **"Practice Group of the Year - Class Action"** (2020, 2021)

Benchmark Litigation **"Top Plaintiffs Firm"** (2021)

**Individual Achievement:** Our Securities litigators are recognized as among the best in the industry:

*The National Law Journal Plaintiffs'* **"Attorney Trailblazer"** (2023) - Carol Gilden

*Lawdragon* **"500 Leading Plaintiff Financial Lawyers"** *(2018-2023)* - Carol Gilden, Steven J. Toll, Julie Reiser, Laura H. Posner, and Michael Eisenkraft

*Law360* **"MVP - Securities"** (2015, 2023) - Steven J. Toll and Laura H. Posner

*Crain's Business* **"Notable Women in Law"** (2020, 2022) - Carol V. Gilden and Laura H. Posner

*American Lawyer* **"Trailblazer - Midwest"** (2022) - Carol V. Gilden

*Lawdragon* **"Hall of Fame"** (2021) - Steven J. Toll

*Law360* **"Titans of the Plaintiffs Bar"** (2018, 2021) - Steven J. Toll and Julie Goldsmith Reiser

*Law360* **"25 Most Influential Women in Securities Law"** (2018) - Julie Goldsmith Reiser

*The National Law Journal* and *The Trial Lawyer* **"America's 50 Most Influential Trial Lawyers"** (2020) - Steven J. Toll

*American Lawyer* **"Litigator of the Week- Runner Up"** (2023) - Michael B. Eisenkraft

*The National Law Journal* **"Elite Women of the Plaintiffs Bar"** (2018, 2021) - Julie Goldsmith Reiser and Laura H. Posner

American Lawyer **"Litigator of the Week"** (2020) - Julie Goldsmith Reiser

*Lawdragon* **"500 Leading Lawyers in America"** (Since 2011)

*Legal 500* **"Leading Lawyers"** (Since 2020)

Legal 500 **"Next Generation Partners"** (Since 2019)

*Law360* **"Rising Stars"** (2017, 2018, 2022) - S. Douglas Bunch, Molly J. Bowen, and Jan E. Messerschmidt

*The National Law Journal* **"Rising Stars"** (2021, 2022) - Molly J. Bowen and Jan E. Messerschmidt

**cohenmilstein.com**



Powerful Advocates. Meaningful Results.

# Representative Matters – Securities Litigation

We have recovered billions of dollars in settlements for our institutional investor clients.

## Recent Settlements

- ***In re Wells Fargo & Company Securities Litigation* (S.D.N.Y.):** Cohen Milstein, as Co-Lead Counsel, represented the Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities class action, which alleged that Wells Fargo and certain former executives misrepresented the Bank's compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the 17th largest securities class action settlement ever, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the largest ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

- ***In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.):** Cohen Milstein, as Co-Lead Counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

- ***FirstEnergy Shareholder Derivative Litigation* (S.D. Ohio; N.D. Ohio):** We represented shareholders of FirstEnergy Corp. in related derivative lawsuits, filed in two U.S. District courts in Ohio. In both cases, plaintiffs sought to hold against certain current and former FirstEnergy officers and directors accountable for orchestrating one of Ohio's largest public bribery schemes, which resulted in a

**COHENMILSTEIN**

Powerful Advocates. Meaningful Results.

deferred prosecution agreement with the U.S. Department of Justice in which the Company agreed to pay a fine of $230 million and admitted it had paid more than $60 million in illegal contributions to an elected official in return for his pursuit of favorable legislation. In August 2022, the court granted final approval of a $180 million global settlement, ending all shareholder derivative cases.

- *NovaStar Mortgage-Backed Securities Litigation* **(S.D.N.Y.):** We were lead counsel in this certified MBS class action filed on behalf of unionized workers and other individual and institutional investors in connection with losses incurred from securities issued by NovaStar Mortgage Inc., a major subprime lender that specialized in authorizing risky residential mortgage loans. In March 2019, the court granted final approval of a $165 million all-cash settlement, which was affirmed by the 2nd U.S. Circuit Court of Appeals in March 2022.  With the NovaStar settlement, we closed a chapter in which we successfully represented named plaintiffs in a dozen financial-crisis-era MBS class actions.

- *Boeing Derivative Shareholder Litigation* **(N.D.Ill.):** Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled, along with a companion class action filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

- *Wynn Resorts, Ltd. Derivative Litigation* **(Eighth Jud. Dist. Crt., Clark Cnty., Nev.):** Cohen Milstein represented the New York State Common Retirement Fund and the New York City Pension Funds as Lead Counsel in a derivative shareholder lawsuit against certain officers and directors of Wynn Resorts, Ltd., arising out of their failure to hold Mr. Wynn, the former CEO and Chairman of the Board, accountable for his longstanding pattern of sexual abuse and harassment of company employees. In March 2020, the Court granted final approval of a $90 million settlement in the form of cash payments and landmark corporate

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

governance reforms, placing it among the largest, most comprehensive derivative settlements in history.

- *L Brands, Inc. Derivative Litigation* **(S.D. Ohio):** In partnership with the State of Oregon, the Oregon Public Employees Retirement Fund, and other shareholders, Cohen Milstein helped resolve allegations that officers and directors of L Brands, Inc., previous owners of Victoria's Secret, breached their fiduciary duties by maintaining ties with alleged sex offender and pedophile Jeffrey Epstein and fostering a culture of discrimination and misogyny at the company. Following a Delaware General Corporate Law Section 220 books and records demand and an extensive, proprietary investigation, L Brands and the now-standalone company, Victoria's Secret, agreed to stop enforcing non-disclosure agreements that prohibit the discussion of a sexual harassment claim's underlying facts; stop using forced arbitration agreements; implement sweeping reforms to their codes of conduct, policies and procedures related to sexual misconduct and retaliation; and to invest $45 million each, for a total of $90 million, in diversity, equity and inclusion initiatives and DEI Advisory Councils. On May 16, 2022, the court granted final approval of the settlement.

- *Pinterest Derivative Litigation* **(N.D. Cal.):** Cohen Milstein represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022, the Court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

- *Lewis Cosby et al. v. KPMG, LLP* **(E.D. Tenn.):** As Co-Lead Counsel, Cohen Milstein settled for $35 million investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the Court granted final approval of the settlement.

- *GreenSky Securities Litigation* **(S.D.N.Y.):** Cohen Milstein, as Co-Lead Counsel, negotiated a $27.5 million settlement in a securities class action against fintech

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

startup GreenSky, its directors and officers, as well as its underwriters, including Goldman Sachs, J.P. Morgan, Morgan Stanley, Citigroup Global Markets, Credit Suisse Securities. The case alleged that defendants made false and misleading statements in GreenSky's Initial Public Offering documents in violation of the Securities Act of 1933. On October 22, 2021, the court granted final approval of a $27.5 million settlement.

- ***Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al. (Crc. Crt., Cook Cnty., Ill.):*** In August 2018, the Court granted final approval of a $27.5 million settlement, concluding a nearly decade-old putative investor class action against McGladrey & Pullen LLP, an accounting firm, for its alleged fraud and negligence arising out of the Tom Petters' Ponzi scheme, one of the largest Ponzi schemes in U.S. history.

- ***City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al. (S.D.N.Y.):*** Cohen Milstein, as Co-Lead Counsel, represented plaintiffs in this class action against Credit Suisse Group AG, regarding its misrepresentations of its trading limits and risk controls and resulting in accumulation of billions of dollars in extremely risky, highly illiquid investments, including the surreptitious accumulation of nearly $3 billion in distressed debt and U.S. collateralized loan obligations ("CLOs"). On December 16, 2020, the court granted final approval of a $15.5 million settlement.

- ***Plumbers & Pipefitters National Pension Fund v. Davis (S.D.N.Y.):*** Cohen Milstein was Lead Counsel in this high-profile, putative securities class action involving Performance Sports Group's failure to disclose that its purported financial success was not based on sustainable, "organic" growth as represented, but was driven by the company's manipulative and coercive sales practices, which included pulling orders forward to earlier quarters and pressuring customers to increase their orders without regard for market demand. The SEC and Canadian authorities subsequently initiated investigations, and PSG filed for bankruptcy. On November 22, 2022, the Court granted final approval of a $13 million settlement, which is in addition to the $1.15 million settlement plaintiff obtained in Performance Sports Group's 2016 bankruptcy proceedings through the prior approval of the U.S. Bankruptcy Court for the District of Delaware and the Ontario Superior Court in Canada.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

## Other High-Profile Settlements

- *In re BP Securities Litigation* **(S.D. Tex.):** Cohen Milstein served as Co-Lead Counsel, representing the New York State Common Retirement Fund in this certified securities class action, stemming from the Deepwater Horizon oil spill. Plaintiffs allege that after the Deepwater Horizon explosion, BP and two of its senior executives misled investors about the severity of the oil spill in the Gulf of Mexico which impeded investors' ability to assess the financial implications of the spill on BP. The case settled for $175 million a few weeks before trial was set to begin. Final approval was granted in February 2017.

- *HEMT MBS Litigation* **(S.D.N.Y.):** In May 2016, the court granted final approval of a $110 million settlement in this mortgage-backed securities class action brought by investors against Credit Suisse AG and its affiliates. This settlement ends claims brought by the New Jersey Carpenters Health Fund and other investors who claimed that the offering documents for the mortgage-backed securities at issue violated the Securities Act as they contained false and misleading misstatements concerning compliance with underwriting standards.

- *RALI MBS Litigation* **(S.D.N.Y.):** Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

- *In re: Bear Stearns Mortgage Pass-Through Certificates Litigation* **(S.D.N.Y.):** In May 2015, the court granted final approval of this securities class action settlement with JPMorgan Chase & Co., which agreed to pay $500 million and up to an additional $5 million in litigation-related expenses to resolve claims arising from the sale of $27.2 billion of mortgage-backed securities issued by Bear Stearns & Co. during 2006 and 2007 in 22 separate public offerings.

- *Harborview MBS Litigation* **(S.D.N.Y.):** In February 2014, Cohen Milstein reached a settlement with the Royal Bank of Scotland (RBS) in the Harborview MBS Litigation, resolving claims that RBS duped investors into buying securities backed by shoddy home loans.  The $275 million settlement is the fifth largest class action settlement in a federal MBS case.  This case is one of eight significant MBS actions for which we had been named lead or co-lead counsel by courts and one of three that were nearly thrown out by the court, only to be revived in 2012.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

---

- *Countrywide MBS Litigation (C.D. Cal.):* In April 2013, plaintiffs in the landmark mortgage-backed securities (MBS) class action litigation against Countrywide Financial Corporation and others, led by lead plaintiff, the Iowa Public Employees' Retirement System (IPERS), agreed to a $500 million settlement - the nation's largest MBS-federal securities class action settlement at the time. The settlement was approved in December 2013 and ended the consolidated class action lawsuit brought in 2010 by multiple retirement funds against Countrywide and other defendants for securities violations involving the packaging and sale of MBS. The settlement was also one of the largest (top 20) class action securities settlements of all time.

---

- *In re Parmalat Securities Litigation (S.D.N.Y.):* Cohen Milstein, as co-lead counsel, successfully negotiated several settlements totaling approximately $90 million, including two settlements with Parmalat's outside auditors. Judge Lewis A. Kaplan remarked that plaintiffs' counsel "did a wonderful job here for the class and were in all respects totally professional and totally prepared. I wish I had counsel this good in front of me in every case." Parmalat's bankruptcy filing was the biggest corporate bankruptcy in Europe, and in December 2003, the U.S. Securities and Exchange Commission filed a suit charging Parmalat with "one of the largest and most brazen corporate financial frauds in history." During the litigation, the company subsequently emerged from bankruptcy, as a result we added "New Parmalat" as a defendant because of the egregious fraud committed by the now-bankrupt old Parmalat. New Parmalat strenuously objected and the ruled in the class plaintiffs' favor, a ruling which was affirmed on appeal. This innovative approach of adding New Parmalat enabled the class to obtain an important additional source of compensation, as we subsequently settled with New Parmalat for shares worth approximately $26 million.

---

- *Rubin v. MF Global, Ltd. (S.D.N.Y.):* Acting as co-lead counsel in this class action, Cohen Milstein represented the Central States, Southeast and Southwest Areas Pension Fund as one of the co- lead plaintiffs in the case. In September 2010, as a result of Plaintiffs' decision to appeal, the U.S. Second Circuit Court of Appeals vacated in part the lower court's dismissal of the case and remanded the case for further proceedings. In overturning the district court decision, the Second Circuit issued a decision which differentiated between a forecast or a forward-looking statement accompanied by cautionary language -- which the Appellate Court said would be insulated from liability under the bespeaks caution doctrine -- from a factual statement, or non-forward-looking statement, for which liability may exist. Importantly, the Second Circuit accepted Plaintiffs' position that where a statement is mixed, the court can sever the forward-looking aspect of the statement from the non-forward-looking aspect. The court further stated that statements or omissions as to existing

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

operations (and present intentions as to future operations) are not protected by the bespeaks caution doctrine. Mediation followed this decision and resulted in a settlement comprised of $90 million in cash.

- ***Hughes v. Huron Consulting Group* (N.D. Ill.):** Cohen Milstein represented lead plaintiffs, Public School Teachers' Pension & Retirement Fund of Chicago and the Arkansas Public Employees Retirement System ("APERS") in this case against Huron Consulting Group, founded by former Arthur Anderson personnel following its collapse in the wake of the Enron scandal. In August 2010, the court denied defendants' motions to dismiss in their entirety and upheld plaintiffs' allegations that defendants intentionally improperly accounted for acquisition- related payments, which allowed plaintiffs to move forward with discovery. The case was settled for $40 million, comprised of $27 million in cash and 474,547 shares in Huron common stock, with an aggregate value at the time of final approval in 2011 of approximately $13 million.

- ***In re Lucent Technologies Securities Litigation* (D.N.J.):** A settlement in this massive securities fraud class action was reached in late March 2003. The class portion of the settlement amounts to over $500 million in cash, stock and warrants and ranks as the second largest securities class action settlement ever completed. We represented one of the co-lead plaintiffs in this action, a private mutual fund.

**cohenmilstein.com**

13 of 40



Powerful Advocates. Meaningful Results.

# Representative Matters – Illinois

## On-Going Litigation

- ***In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation*** **(N.D. Ill.):** Cohen Milstein is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott's board of directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

- ***Khong Meng Chew v. MoneyGram International, Inc.*** **(N.D. Ill.):** Cohen Milstein is Co-Lead Counsel in this putative securities class action, in which plaintiffs allege that, despite years of assurances that MoneyGram was building a successful anti-fraud compliance program, it failed to meet its obligations with a 2009 Federal Trade Commission order or a 2012 U.S. Department of Justice deferred prosecution agreement, in which it admitted to criminally aiding and abetting wire fraud and failing to maintain an effective anti-money laundering program.

- ***Moehrl v. National Association of Realtors, et al.*** **(N.D. Il.):** Cohen Milstein is Co-Lead counsel in a certified class action on behalf of home sellers in twenty major metropolitan areas throughout the United States against the National Association of Realtors (NAR) and the nation's four largest real estate brokers and franchisors. Plaintiffs allege the defendants conspired to require home sellers to pay the broker fees of home buyers and at an inflated amount. On October 5, 2023, parties filed a motion for preliminary approval of a$138.5 million in antitrust settlements with Realogy Holdings Corp., now doing business as Anywhere Real Estate Inc., and Re/Max.

- ***In re Broiler Chicken Antitrust Litigation*** **(N.D. Ill.):** Cohen Milstein represents a class of broiler chicken consumers in a suit alleging that the nation's largest chicken producers, including Perdue Farms and Tyson Foods, conspired to raise the price of chicken. On December 20, 2021, the Court granted final approval of settlements with six of the defendants for a total of $181 million. Litigation against the remaining defendants continues.

- ***City of Chicago v. DoorDash, Inc., and Caviar, LLC*** **(N.D. Ill.):** Cohen Milstein represents the City of Chicago in this trailblazing lawsuit, which is the result of a comprehensive

cohenmilstein.com

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

investigation directed by Chicago's Department of Law and Department of Business Affairs and Consumer Protection. Chicago alleges that DoorDash deceives consumers—and unfairly harms restaurants and drivers—with misleading restaurant listings, fees, menu prices, and allocation of driver tips. Filed the same day as Chicago's parallel action against Grubhub, the lawsuit aims to establish a fairer and more transparent marketplace for meal delivery in the city. Chicago's lawsuits against DoorDash and Grubhub are the first comprehensive law enforcement actions against meal delivery companies in the United States.

- *CITGO Pension Plan Litigation* **(N.D. Ill.):** Cohen Milstein filed a complaint on behalf of a class of participants and beneficiaries of the CITGO Petroleum Corporation Salaried and Hourly Employees Pension Plans (the "CITGO Plans"), alleging violations of the Employee Retirement Income Security Act ("ERISA"). Plaintiffs' complaint alleges that, prior to 2018, the CITGO Plans utilized outdated mortality tables to determine the value of joint and survivor annuities ("JSAs"), resulting in married retirees receiving less than the actuarial equivalent of the benefit that ERISA protects. This lawsuit seeks to recover amounts due to members of the class, and to reform the CITGO Plans to fully comply with protections afforded by ERISA to pension plan participants and their beneficiaries.

- *Casino Queen ESOP Litigation* **(S.D. Ill.):** Cohen Milstein represents ESOP participants who allege that the Board of Directors of CQ Holding Company, Inc. and related defendants violated ERISA when they created an ESOP to buy their Casino Queen stock for $170 million, a significantly inflated price.

## High-Profile Settlements

- *Boeing Derivative Shareholder Litigation* **(N.D.Ill.):** Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled, along with a companion class action filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

**cohenmilstein.com**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

- ***Plasma-Derivative Protein Therapies Antitrust Litigation* (N.D. Ill.):** Cohen Milstein served as Co-Lead Counsel for plaintiffs alleging that the two largest manufacturers of IVIG and Albumin – life-saving therapies derived from blood plasma – conspired to reduce the supply, and increase the prices, of these therapies, resulting in settlements totaling $128 million for hospitals and other direct purchasers.

- ***Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al.* (Crc. Crt., Cook Cnty., Ill.):** In August 2018, the Court granted final approval of a $27.5 million settlement, concluding a nearly decade-old putative investor class action against McGladrey & Pullen LLP, an accounting firm, for its alleged fraud and negligence arising out of the Tom Petters' Ponzi scheme, one of the largest Ponzi schemes in U.S. history.

- ***Triad Manufacturing, Inc. ESOP Litigation* (N.D. Ill.):** Cohen Milstein represented participants and beneficiaries in the Triad Manufacturing ESOP who alleged that the ESOP's trustees breached their fiduciary duties in connection with the sale of Triad Manufacturing to the ESOP. In September 2021, the Seventh Circuit, in a precedent-setting decision, cited an exception to the Federal Arbitration Act that permits a court to overrule an arbitration agreement if it blocks a party from being able to bring claims under federal law. On August 23, 2023, the court granted final approval of a $14.8 million settlement and granted class certification.

- ***Hughes v. Huron Consulting Group* (N.D. Ill.):** Cohen Milstein represented lead plaintiffs, Public School Teachers' Pension & Retirement Fund of Chicago and the Arkansas Public Employees Retirement System ("APERS") in this case against Huron Consulting Group, founded by former Arthur Anderson personnel following its collapse in the wake of the Enron scandal. In August 2010, the court denied defendants' motions to dismiss in their entirety and upheld plaintiffs' allegations that defendants intentionally improperly accounted for acquisition- related payments, which allowed plaintiffs to move forward with discovery. The case was settled for $40 million, comprised of $27 million in cash and 474,547 shares in Huron common stock, with an aggregate value at the time of final approval in 2011 of approximately $13 million.

**cohenmilstein.com**



Powerful Advocates. Meaningful Results.

# Select Attorney Biographies

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



# Carol V. Gilden, Partner

Chicago, IL

t: 312 629 3737
f: 312 357 0369
cgilden@cohenmilstein.com

## Practice Areas

- Securities Litigation & Investor Protection

## Admissions

- Illinois

## Education

- Chicago-Kent College of Law, J.D., With Honors, 1983
- University of Illinois, B.S., 1979

**Carol V. Gilden** is a nationally recognized securities litigator and a partner in Cohen Milstein's Securities Litigation & Investor Protection Practice Group. She also serves as the Resident Partner of Cohen Milstein's Chicago Office.

Ms. Gilden represents public pension funds, Taft-Hartley pension and health and welfare funds, and other institutional investors in securities class actions, individual actions and transaction and derivative litigation. She also litigates other types of complex litigation and class actions nationwide in state and federal courts. Ms. Gilden's practice includes cases involving stock, bonds, preferred stock, ADR's and other complex financial Instruments, including interest rate swaps, Treasury bonds and exchange-traded notes.

Ms. Gilden has litigated some of the most novel securities disputes in the financial markets, resulting in aggregate recoveries of several billion dollars for investors. Her guiding principle – those who commit fraud on the financial markets should be held accountable.

She has led the litigation as Lead or Co-Lead Counsel in numerous high-profile securities cases, including:

- Co-Lead Counsel in *MF Global,* where the U.S. Court of Appeals for the Second Circuit held that companies that make false or misleading statements cannot hide behind risk disclosures to escape liability.

- Lead Counsel in the IntraLinks Securities Litigation, which, as one of the first securities class actions certified after the Supreme Court's Halliburton II decision, provided a roadmap for obtaining class certification in other securities cases.

- Lead Counsel in *Seafarers Pension Plan v. Bradway, et al.,* a federal derivative case against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on *forum non conveniens* grounds, Carol successfully argued before the U.S. Court of

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Appeals for the Seventh Circuit, obtaining a 2-to1, precedent-setting decision reversing the district court's dismissal based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled, along with a companion class action by the Seafarers in Delaware Chancery Court challenging the bylaw under Delaware law after the district court's dismissal, for corporate governance reforms valued more than $100 million and a $6.25 million payment by the directors' insurers to the company.

- Ms. Gilden is currently serving on the Co-Lead Counsel team in two groundbreaking antitrust lawsuits involving two of the world's largest financial markets, as Lead Counsel in a securities class action against Bayer AG stemming from its acquisition of Monsanto, with its flagship product, the herbicide Roundup, Lead Counsel in a securities class action against Pluralsight and its senior officers, alleging they misrepresented and omitted material information concerning the size of the company's sales force, which impacted billing's growth, and Co-Lead Counsel in the securities class action against Silvergate Capital Corp., its officers, directors, and underwriters involving the defendants' alleged misrepresentations regarding the strength of Silvergate's internal controls and procedures to combat money laundering and other misconduct on its digital cryptocurrency platform.

Ms. Gilden also has served in Executive Committee roles in other high-profile cases, *Global Crossing Securities Litigation* (settlements of $448 million) and the Merrill Lynch Analyst cases ($125 million settlement), as well as an active litigation team member in the *Waste Management Litigation* (N.D. Il) ($220 million settlement). Under her leadership, her former firm was an active member of the litigation teams in the *AOL Time Warner Securities Litigation* ($2.5 billion settlement), *CMS Securities Litigation* ($200 million settlement) and the Salomon *Analyst Litigation/In re AT&T* ($75 million settlement). Further, she was lead counsel in an opt-out securities litigation action on behalf of a large group of individual plaintiffs in connection with the McKesson/HBOC merger, *Pacha, et al. v. McKesson Corporation, et al.,* which settled for a substantial, confidential sum.

Ms. Gilden began her career in the Enforcement Division of the Securities and Exchange Commission, where she spent five years investigating and litigating securities fraud cases.

Before joining Cohen Milstein in 2007, Ms. Gilden served as the head of the securities class action practice at a prominent mid-sized Chicago law firm and the vice-chair of its class action department.

## Representative Matters:

- **Bayer AG Securities Litigation (N.D. Cal.):** Ms. Gilden represents the Sheet Metal Workers National Pension Fund and the International Brotherhood of Teamsters Local No. 710 Pension Plan in this certified securities class action, alleging that Bayer misrepresented the extent of its due diligence on the risks posed by the Roundup litigation in connection with its $63 billion acquisition of Monsanto. Bayer investors incurred significant losses after bellwether jury trials in the toxic tort cases in the Roundup litigation repeatedly found in favor of the plaintiffs against Monsanto, leading to jury awards

cohenmilstein.com

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

totaling hundreds of millions of dollars. Ultimately, a global settlement of the Roundup litigation was announced for upwards of $10.9 billion, which the Court handling the cases rejected as to future claims. Cohen Milstein is Lead Counsel.

- **In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation (N.D. Ill.):** Ms. Gilden is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott's Board of Directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

- **Pluralsight, Inc. Securities Litigation (D. Utah):** Ms. Gilden represents the Indiana Public Retirement System and the Public School Teachers' Pension and Retirement Fund of Chicago in this certified securities class action against Pluralsight, Inc, a provider of cloud-based and video training courses. The case alleges that Pluralsight and its senior officers misrepresented and omitted material information from investors concerning the Company's sales force, which impacted its billings growth, before a $37 million stock cash-out by Pluralsight insiders through the use of Rule 10b5-1 trading plans, open market transactions and in an $450 million secondary public offering orchestrated by those insiders. Ms. Gilden argued and convinced U.S. Court of Appeals for the Tenth Circuit to reverse the lower court's dismissal of the case. In doing so, the Tenth Circuit held that the plaintiffs' allegations "strongly support the inference" of scienter and that the executives' use of Rule10b5-1 trading plans for their sales "cannot rebut the inference that personal financial gain was a motive for defendants' material misrepresentations." Cohen Milstein is Lead Counsel.

- **Interest Rate Swaps Market Manipulation Litigation (S.D.N.Y.):** Ms. Gilden represents the Public School Teachers' Pension and Retirement Fund of Chicago and other institutions in a groundbreaking putative class action, charging 12 Wall Street banks with conspiring to engineer and maintain a collusive and anti-competitive stranglehold over the interest rate swaps market – one of the world's biggest financial markets. Cohen Milstein is Co-Lead Counsel in this case.

- **Treasuries Market Manipulation Litigation (S.D.N.Y.):** Ms. Gilden represents the Cleveland Bakers and Teamsters Pension and Health and Welfare Funds and other institutions in this putative antitrust class action, alleging that two dozen financial institutions with an inside role at the auction for U.S. Treasuries conspired to manipulate yields and prices to their benefit. Cohen Milstein is Co-Lead Counsel.

- **In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.):** Ms. Gilden represents the International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario, UMC Benefit Board, Inc. and Wespath Institutional Investments LLC, both as administrative trustees of the Wespath Funds Trust, Indiana Public Retirement System, Boston Retirement System, and Public School Teachers' Pension & Retirement Fund of Chicago (collectively) as Lead Plaintiff in this securities class action against Silvergate Capital Corporation. Plaintiffs allege that Silvergate, a holding company for Silvergate Bank, which is a federally regulated depository and lender for major cryptocurrency

**cohenmilstein.com**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the Company's compliance framework, as well as its anti-money laundering and customer identification programs. Cohen Milstein is Co-Lead Counsel in this litigation.

- ***El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System v. InnovAge Holding Corp, et. al. (D. CO.):*** Ms. Gilden represents Indiana Public Retirement System and El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund in this lawsuit that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation.  As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.  Cohen Milstein is sole Lead Counsel in this matter.

- ***Set Capital LLC et al. v. Credit Suisse Group A.G. et al.  (S.D.N.Y.):*** Ms. Gilden represents Set Capital LLC and other investors in this securities class action lawsuit against Credit Suisse Group and its officers stemming from the collapse of exchange-traded notes called VelocityShares Daily Inverse VIX Short Term Exchange Traded Notes, or *XIV*, that tracked the inverse of the VIX.  The case alleges that Credit Suisse sold hundreds of millions of dollars of XIV notes to investors, while actively betting against their performance and falsely telling investors that it (and Credit Suisse's affiliates) did not believe their hedging in VIX futures would adversely impact XIV's value. Cohen Milstein serves as Co-Lead Counsel.

- ***Intuitive Surgical Inc. Derivative Litigation (Sup. Crt., San Mateo Cnty., Cal.):*** Ms. Gilden represented the Public School Teachers' Pension and Retirement Fund of Chicago in this derivative action against Intuitive's directors and officers, alleging they covered up safety defects in the da Vinci robotic surgery system. She achieved a settlement one day before trial for cash and options worth $20.2 million at final approval, to be paid by the Individual Defendants back to Intuitive. The settlement also required Intuitive Surgical to adopt extensive corporate governance, insider trading, product safety, and FDA compliance measures designed to prevent the reoccurrence of the alleged wrongdoing. In the plaintiff's expert's opinion, the reduction in the risk of recurrence of the events similar to the ones experienced (which resulted in a 30% drop in stock value and the establishment of a $100 million product liability reserve) translated into a benefit of $117 million to Intuitive and its shareholders. Cohen Milstein served as Co-Lead Counsel.

- ***Huron Securities Litigation (N.D. Ill.):*** Ms. Gilden represented the Public School Teachers' Pension & Retirement Fund of Chicago and the Arkansas Public Employees Retirement Fund in this securities fraud class action against Huron and its officers, alleging accounting fraud allegations. The case settled for $40 million, consisting of $27 million in cash plus 474,547 shares of common stock, valued at $13,292,061. Cohen Milstein served as Co-Lead Counsel.

cohenmilstein.com

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

- ***City of Chicago v. Hotels.com, et al. (Circ. Crt., Cook Cty., Ill.):*** Ms. Gilden represented the City of Chicago in a high-profile lawsuit in Cook County Circuit Court, alleging that Expedia, Hotels.com, Orbitz, Priceline, and Travelocity failed to properly remit hotel taxes to the City of Chicago for hotel bookings. Expedia, the last remaining defendant, appealed a $29 million judgment and settled on appeal after briefing concluded. The City of Chicago recouped $23.6 million in back taxes and penalties, and these defendants now collect and remit to the City of Chicago taxes on the markup of the room bookings. Ms. Gilden served as the lead attorney in this litigation.

- ***Credit Suisse Group AG Securities Litigation (S.D.N.Y.):*** Ms. Gilden represented the International Brotherhood of Teamsters Local No. 710 Pension Plan and achieved a $15.5 million settlement in this securities class action against Credit Suisse Group AG, alleging misrepresentations of the Company's trading and risk limits leading to the accumulation of billions of dollars in risky, highly illiquid investments. Cohen Milstein was Co-Lead Counsel.

- ***Plumbers & Pipefitters National Pension Fund v. Davis, et al. (S.D.N.Y.):*** Ms. Gilden represented the United Association National Pension Fund, f/n/a Plumbers & Pipefitters National Pension Fund in this securities class action alleging that PSG and its officers failed to disclose that PSG's growth was not based on sustainable "organic growth" as represented but was driven by the company's manipulative and coercive sale practices, which included pulling orders forward and forcing customers to increase their orders without regard for market demand. PSG subsequently filed for bankruptcy protection. Cohen Milstein is sole Lead Counsel, which after extensive discovery, achieved $14.15 million in settlements for the benefit of the class.

- ***In re Alphabet Shareholder Derivative Litigation (Sup. Crt., Santa Clara Cnty., Cal.):*** Ms. Gilden represented the Northern California Pipe Trades Pension Plan and other institutions in this shareholder derivative lawsuit against the Board of Directors of Alphabet, Inc. The case alleged that the tech giant's Board violated its fiduciary duty by enabling a double standard at Alphabet that allowed powerful executives to sexually harass and discriminate against women without consequence. On November 30, 2020, the court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives at Alphabet-owned companies, and workplace and corporate governance reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes. Ms. Gilden was an active member of the Litigation Team. Cohen Milstein was Co-Lead Counsel.

- ***Ong v. Sears Roebuck & Co. (N.D. Ill):*** Ms. Gilden represented the State Universities Retirement System of Illinois and Mr. Ong and achieved a $15.5 million settlement in this securities class action against Sears Roebuck, Sears Roebuck Acceptance Corp. and its underwriters. The case alleged that the defendants made misrepresentations and omissions regarding Sears' credit card operations to make those operations appear more stable and profitable than they were. Cohen Milstein was Co-Lead Counsel.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

## Other Recent Leadership Roles:

In addition to the cases listed above, Ms. Gilden has served as Lead and Co-Lead counsel in other notable matters, including, among others:

- **MF Global Securities Litigation (S.D.N.Y.):** Ms. Gilden represented the Central States, Southeast and Southwest Areas Pension Fund and achieved a $90 million settlement in this precedent–setting securities class action in which the U.S. Court of Appeals for the Second Circuit sided with the plaintiffs and held that companies cannot make false or misleading statements in their offering documents and then hide behind risk disclosures related to those facts to escape liability. The National Law Journal singled out Ms. Gilden's work on the case in connection with its selection of Cohen Milstein as a Hot Plaintiffs' Firm for that year. Cohen Milstein was Co-Lead Counsel.

- **ITT Educational Services, Inc. Securities Litigation (S.D.N.Y.):** Ms. Gilden represented the Plumbers and Pipefitters National Pension Fund and Metropolitan Water Reclamation District Retirement Fund in this securities class action and achieved a $16.96 million settlement against ITT and two of its officers. The case was hotly contested and involved unraveling complex accounting treatments governing ITT's transactions with the third-party lenders, set against the Department of Education and Higher Education Act default guidelines. The case settled during discovery after reviewing and analyzing over two million pages of documents, after depositions had been taken and in the middle of class certification briefing. Co-Milstein was Lead Counsel.

- **IntraLinks Securities Litigation (S.D.N.Y.):** Ms. Gilden represented the Plumbers and Pipefitters National Pension Fund in one of the first securities class actions to be certified following the Supreme Court's decision in Halliburton II. The case alleged that IntraLinks Holdings Inc., a virtual data room – or cloud computing – company, and other defendants made misleading statements and omissions regarding the strength of the Company's business and failed to disclose to investors the loss of IntraLinks' largest client. The case settled for $14 million after the class was certified and extensive fact discovery was completed. Cohen Milstein served as Lead Counsel.

- **Orthofix International NV Securities Litigation (S.D.N.Y.):** Ms. Gilden represented the Plumbers and Pipefitters National Pension Fund and reached an $11 million settlement against this medical device company headquartered in Curacao, Netherlands Antilles, despite significant logistical obstacles during investigation and discovery. Much of the information relevant to the case—internal company documents, witnesses, and news reports—were in six foreign languages and located in nine different countries on four different continents.

- **Navistar Securities Litigation (N.D. Ill.):** Ms. Gilden represented the Central States, Southeast and Southwest Areas Pension Fund in this securities class against Navistar International Corporation and its former officers, alleging material misrepresentations and omissions concerning the development and marketability of Navistar's exhaust gas recirculation technology. The case settled for $9.1 million. Cohen Milstein served as sole Lead Counsel.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

- ***In re RehabCare Group, Inc. Shareholders Litigation* (Del. Ch.):** Ms. Gilden was co-lead counsel and settled the case for a cash payment to shareholders and significant deal reforms in this shareholder litigation challenging the acquisition of healthcare provider RehabCare Group, Inc. by Kindred Healthcare, Inc.

Ms. Gilden has earned the trust of her clients, who know she will go to the mat for them, tenaciously advocating for them from start to finish in their cases. She draws respect from colleagues, as well as from adversaries who consistently place her in the highest ranks of the profession. In 2022, Ms. Gilden was chosen as one of *The American Lawyer*'s Trailblazers – Midwest. She has been repeatedly named one of Lawdragon's "500 Leading Plaintiff Financial Lawyers" (2018-2022), which recognizes as the "best of the U.S. plaintiffs' bar" attorneys specializing in representing individual investors and shareholders, as well as business and other organizations harmed by corporate misconduct or other failures. Ms. Gilden has been repeatedly designated one of Chicago's Notable Women Lawyers by Crain's Chicago Business, and in 2021, she was placed on the "Recommended" List by The Legal 500 Editorial Board. In 2019, she was named a "Women of Influence" by the *Chicago Business Journal* and received a "Women in Law Award" by *Lawyer Monthly Magazine*. In 2018, she was lauded the "Securities Litigation Attorney of the Year – Illinois" by Lawyer International's Global Awards. Ms. Gilden is rated AV Preeminent by Martindale-Hubbell (the highest possible rating for professional excellence) and is consistently listed as an "Illinois Super Lawyer" by the Thomson Reuters magazine, *Super Lawyers*.

Ms. Gilden served as the first woman President of the National Association of Shareholder and Consumer Attorneys, the preeminent trade association for securities class action attorneys, as well as the organization's first woman Treasurer. As President of NASCAT, Ms. Gilden made repeated visits to Capitol Hill advocating for strong investor protection. She also engaged in outreach to the institutional investor community on needed reforms to reverse the erosion of investor rights. Under Ms. Gilden's leadership, NASCAT also filed amicus briefs in connection with major securities cases before the Supreme Court and other courts. Prior to becoming President, she served as the President-Elect. She continues to serve on NASCAT's Executive Committee.

Ms. Gilden was selected to serve on the inaugural Corporate Governance Council and Markets Advisory Council to the Board of Directors for the Council for Institutional Investors (CII) during 2013-2015. CII is a nonprofit association of pension and other employee benefits funds, endowments and foundations and a voice for effective corporate governance and strong shareholder rights.

Ms. Gilden is a Vice President of the Institute for Law and Economic Policy, a public policy research and educational foundation whose mission is to preserve, study and enhance investor and consumer access to the civil justice system. She is also a member of the National Association of Public Pension Attorneys (NAPPA).

Ms. Gilden regularly lectures at legal conferences around the country on securities litigation and class action law and is a frequent speaker at institutional investor conferences and law symposiums regarding securities law developments, shareholder rights and regulatory reform.

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

She has authored and co-authored numerous scholarly articles and course materials on securities fraud cases, class actions, derivative litigation and related topics.

Ms. Gilden attended the University of Illinois, earning a B.S. in Business Administration, and received her J.D. from Chicago- Kent College of Law, where she graduated with honors and was a member of the *Chicago-Kent Law Review*.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Steven J. Toll, Partner

Washington, DC

t: 202.408.4600
f: 202.408.4699
stoll@cohenmilstein.com

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia
- Virginia

### Education

- Georgetown University, J.D., 1975
- University of Pennsylvania, B.S., *cum laude*, 1972

**Steven J. Toll,** co-chair of the Securities Litigation & Investor Protection practice, has built a distinguished career and reputation as a fierce advocate for the rights of shareholders and has guided the strategy and mediation efforts on the firm's largest and most important matters — both securities fraud and other consumer cases. His skill and steadiness have earned the trust of mediators and the respect of defense counsel.

Mr. Toll also serves as a model inside the law firm. For nearly three decades, Cohen Milstein prospered under his leadership as managing partner and a member of the executive committee.

Mr. Toll has been lead or principal counsel on some of the most high-profile stock fraud lawsuits in the past 30 years, arguing important matters before the highest courts in the country. He was involved in settling some of the most important mortgage-backed securities (MBS) class-action lawsuits in the aftermath of the financial crisis, including: *Countrywide Financial Corp.,* which settled for $500 million in 2013; *Residential Accredited Loans Inc. (RALI),* which settled for $335 million in 2014; *Harborview MBS,* which settled for $275 million, also in 2014; and *Novastar MBS,* which settled for $165 million in 2019.

Most recently, Mr. Toll was involved in the landmark $1 billion settlement with Wells Fargo, ending a three-year securities fraud class action lawsuit brought on behalf of investors nationwide. The settlement is the 17th largest securities class action settlement of all time.

Among Mr. Toll's most important wins is the Harman class action suit, where he argued and won an important ruling from the U.S. Court of Appeals for the District of Columbia Circuit. The Circuit Court reinstated the suit against electronics maker Harman International Industries; the ruling is significant in that it places limits on the protection allowed by the safe harbor rule for forward-looking statements. A $28.25 million settlement was achieved in this action in 2017.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Mr. Toll was also co-lead counsel in the BP Securities class action securities fraud lawsuit that arose from the devastating Deepwater oil spill in the Gulf of Mexico. The Fifth Circuit Court of Appeals affirmed the certification of the class of investors alleged to have been injured by BP's misrepresenting the amount of oil spilling into the Gulf of Mexico, and thus minimizing the extent of the cost and financial impact to BP of the clean-up and resulting damages. In February 2017, the court granted final approval to a $175 million settlement reached between BP and lead plaintiffs for the "post-explosion" class.

Mr. Toll was co-lead counsel in the consumer class action suit against Lumber Liquidators, a lawsuit that alleges the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. In October 2018, the court granted final approval to a settlement of $36 million between Lumber Liquidators and plaintiffs.

Over the course of his career, Mr. Toll has received numerous industry recognitions for his work. Most recently, in 2019, *The National Law Journal* and *The Trial Lawyer* named him one of "America's 50 Most Influential Trial Lawyers," in 2018, Mr. Toll was named *Law360's* "Titan of the Plaintiffs Bar," as well as a *Legal 500* "Leading Lawyer – Securities Litigation." In 2017, he was named *Law360's* "MVP – Class Actions," in 2015, he was named *Law360's* "MVP – Securities," and since 2014, he has been perennially named to the Lawdragon 500, which recognizes the 500 leading lawyers in America. He is also annually recognized as a Super Lawyer in Securities Litigation and Class Action/Mass Torts.

Mr. Toll writes and speaks extensively on securities litigation and investor protection issues. His articles have appeared in *Harvard Law School Forum on Corporate Governance and Financial Regulation* and Cohen Milstein's *Shareholder Advocate*.

Mr. Toll has provided a great deal of *pro bono* legal work during a career at Cohen Milstein that spans more than three decades. In addition, he has been an active supporter of Children's Hospital National Medical Center for decades, setting up an endowment in his daughter's name to help the Hospital's leukemia patients and their families (his daughter passed away from leukemia in 1987), plus more recently establishing regular programs for music and laughter for the children during their hospital stays.

Mr. Toll is a graduate of the Wharton School of the University of Pennsylvania, earning a B.S., *cum laude,* and received his J.D. from Georgetown University Law Center, where he was Special Project Editor of *The Tax Lawyer*.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Molly J. Bowen, Partner

Washington, DC

t: 202 408 4600
f: 202 408 4699
mbowen@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia
- Florida
- Ohio

### Education

- Washington University School of Law, J.D., *summa cum laude,* 2013
- Macalester College, B.A., *magna cum laude,* 2007

### Clerkships & Fellowships

- Law Clerk, Hon. Karen Nelson Moore, United States Court of Appeals for the Sixth Circuit, 2013-2014

**Molly J. Bowen** is a partner in Cohen Milstein's Securities Litigation & Investor Protection practice, where she represents public pension funds and other institutional investors in securities class actions and shareholder derivative lawsuits.

Ms. Bowen is recognized by the legal industry for her clear judgment and unique blend of appellate and trial experience, making her an exceptional litigator. Indeed, she has played a leading role in some of the nation's most significant shareholder derivative litigation to date, including *FirstEnergy Shareholder Derivative Litigation,* involving the largest political bribery scheme in Ohio history, and in *In re Alphabet Shareholder Derivative Litigation* and *In re Pinterest Derivative Litigation*, both of which resulted in groundbreaking settlements to hold corporate boards of directors accountable for systemic workplace discrimination, harassment, and toxic work cultures.

For her work, Ms. Bowen has been recognized by *Law360,* which named her a 2022 "Rising Star - Securities" and by *The National Law Journal,* which named her a 2021 "Rising Star of the Plaintiffs Bar."

Ms. Bowen's experience in securities litigation is complemented by extensive consumer fraud experience, having worked with Cohen Milstein's Public Client practice, representing the interests of state Attorneys General. Ms. Bowen also brings to bear perspective from the defense bar, having worked as a litigator at a prominent national defense firm.

### Some of Ms. Bowen's current matters include:

- ***In re Fox Corporation Derivative Litigation* (Del. Ch.):** Cohen Milstein is leading a shareholder derivative lawsuit representing New York City's five pension funds and the State of Oregon, by and through the Oregon State Treasurer and the Oregon Department of Justice, on behalf of the Oregon Investment Council and the Oregon Public Employee Retirement Fund, against various directors and officers of Fox Corporation, the corporate parent of Fox News Network, LLC. Plaintiffs allege that Fox News' leadership breached its fiduciary duties by

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

adopting a business model that promoted or endorsed defamation by failing to establish systems or practices to minimize defamation risk despite the known risk of liability, including broadcasting false claims about election technology companies Dominion Voting Systems and Smartmatic USA.

- ***In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation* (N.D. Ill.):** Cohen Milstein is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott' Board of Directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

- ***In re Overstock Securities Litigation* (D. Utah):** On February 1, 2021, Cohen Milstein's Douglas J. McNamara was appointed Co-Lead Interim Class Counsel in this consolidated data breach class action against MGM Resorts for failing to implement reasonable data security practices, thereby allowing the personal information of between 10.6 million and 142 million MGM hotel guests and customers to be stolen on or about July 7, 2019.

- ***Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al.* (D. CO.):** Cohen Milstein is Lead Counsel in this lawsuit that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.

## Some of Ms. Bowen's recent successes include:

- ***In re Wells Fargo & Company Securities Litigation* (S.D.N.Y.):** Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities class action, which alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the 17th largest securities class action settlement ever, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the largest ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

- ***FirstEnergy Shareholder Derivative Litigation* (S.D. Ohio; N.D. Ohio):** Cohen Milstein represented the Massachusetts Laborers Pension Fund in two shareholder derivative actions against certain officers and directors and nominal defendant FirstEnergy related to the Company's involvement in Ohio's largest public bribery schemes. On August 23, 2022, the Court granted final approval of a $180 million global settlement. *Law360* ranked this as one of the top 10 securities litigation settlements in 2022.

- ***In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.):** Cohen Milstein, as Co-Lead Counsel, represented Northern California Pipe Trades Pension Plan

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

- *In re Pinterest Derivative Litigation* **(N.D. Cal.):** Cohen Milstein, as Interim Lead Counsel, represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022, the Court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

- *Credit Suisse Group AG Securities Litigation* **(S.D.N.Y.):** Cohen Milstein, as Co-Lead Counsel, represented the International Brotherhood of Teamsters Local No. 710 Pension Plan in a securities class action against Credit Suisse Group AG, involving misrepresentations of its trading and risk limits, and subsequent accumulation of billions of dollars in extremely risky, highly illiquid investments. In December 2020, the Court granted final approval of a $15.5 million settlement.

## Ms. Bowen also maintains an active *pro bono* practice involving notable matters, such as:

- *Amici Curiae* **Counsel for Law Enforcement Officers (U.S. Crt. of Appeals, First Circ.):** On March 21, 2023, Cohen Milstein filed an *amicus curiae* brief on behalf of senior law enforcement officers in support of the United States of Mexico, plaintiff-appellant, before the United States Court of Appeals for the First Circuit. Amici argue for the reversal of the district court's grant of defendants' motion to dismiss in *Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc., et al.* (D. Mass.), a landmark case brought by Mexico against U.S.-based gun manufacturers and a gun wholesaler for allegedly maintaining business practices that enable and allow for military-grade and other deadly guns to flow from the U.S. across the border "into criminal hands in Mexico." Mexico contends that this conduct violates state tort law and consumer protection statutes.

- *Vivian Englund v. World Pawn Exchange, LLC* **(Cir. Crt., Coos Cnty., Or.):** Cohen Milstein represented Kirsten Englund's estate in a wrongful death case against the gun dealer and pawn shop that sold guns used in her murder. The case established precedent on firearms dealers' liability for online straw sales and resulted in an important settlement. For their work on the case, Cohen Milstein was named to *The National Law Journal's* "2019 Pro Bono Hot List" and won Public Justice Foundation's "2019 Trial Lawyer of the Year – Finalist" award.

Ms. Bowen regularly publishes on developments in securities law and was named a winner of the Burton Awards in 2019 for "INSIGHT: Holding Firearms Dealers Accountable for Online Straw Sales," *Bloomberg Law* (December 19, 2018).

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Prior to pursing private practice, Ms. Bowen was a law clerk to the Honorable Karen Nelson Moore of the United States Court of Appeals for the Sixth Circuit.

Ms. Bowen graduated *magna cum laude* from Macalester College with a B.A. in Geography in 2007. She earned her J.D., *summa cum laude,* graduating first in her class, from Washington University School of Law in 2013, where she served as the Articles Editor for the *Washington University Law Review*.

cohenmilstein.com

31 of 40

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Benjamin F. Jackson, Partner

New York, NY

t: 212.838.7797
f: 212.838.7745
bjackson@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- New York

### Education

- Harvard Law School, J.D., *magna cum laude,* 2013
- Washington University in St. Louis, A.B., *summa cum laude,* 2008

### Fellowships & Clerkships

- Law Clerk, the Hon. Robert D. Sack, U.S. Court of Appeals for the Second Circuit (2015 – 2016)
- Law Clerk, the Hon. Katherine B. Forrest, U.S. District Court, Southern District of New York (2014 – 2015)

**Benjamin F. Jackson** is a partner at Cohen Milstein and a member of the firm's Securities Litigation & Investor Protection practice, where he represents institutional and individual shareholders in derivative lawsuits and securities class actions. In 2022, *Super Lawyers* recognized Mr. Jackson as a New York Metro Rising Star.

Prior to joining Cohen Milstein, Mr. Jackson was a litigator at a highly regarded national defense firm, where he focused on securities, antitrust, white-collar investigations, and intellectual property litigation.

Currently, Mr. Jackson is involved in litigating the following notable matters:

- ***Bayer Securities Litigation* (N.D. Cal.):** Cohen Milstein is Lead Counsel in this securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars.

- ***In re EQT Corporation Securities Litigation* (W.D. Pa.):** Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the synergies and cost savings that could be expected to arise from EQT's $6.7 billion merger with rival natural gas producer Rice Energy, and then concealed that EQT was suffering from undisclosed well collapses and skyrocketing costs after the merger closed.

- ***Bristol-Myers Squibb CVR Securities Litigation* (S.D.N.Y.):** Cohen Milstein is Lead Counsel in this securities class action arising from Bristol Myers' alleged subversion of the FDA approval process for the cancer therapy Liso-cel for the purpose of avoiding a $6.4 billion payment to holders of contingent value rights (CVRs).

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

- ***Nikola Corp. Derivative Litigation* (Del. Ch.):** Cohen Milstein filed a shareholder derivative action against Trevor Milton, the founder and former CEO and Executive Chairman of Nikola Corporation, a zero-emissions vehicle startup company, and certain other current and former directors and officers of Nikola. The action alleges that Milton engaged in an ongoing criminal fraud involving the dissemination of materially false and misleading statements regarding Nikola's business, technology and expected financial performance to Nikola stockholders and the public. Nikola ultimately paid the SEC $125 million to settle an investigation relating to Milton's fraudulent scheme.

Mr. Jackson served as a law clerk to the Honorable Katherine B. Forrest of the United States District Court for the Southern District of New York and to the Honorable Robert D. Sack of the United States Court of Appeals for the Second Circuit.

Mr. Jackson earned his A.B., *summa cum laude,* at Washington University in St. Louis, where he was a Lien Scholar. He earned his J.D., *magna cum laude,* from Harvard Law School, where he served as Forum Chair of the *Harvard Law Review* and won the Ames Moot Court Competition.

A prolific writer, Mr. Jackson's legal publications include *Censorship and Freedom of Expression in the Age of Facebook,* 44 N.M. L. Rev. 121 (2014); Note, Danger Lurking in the Shadows: *Why Regulators Lack the Authority to Effectively Fight Contagion in the Shadow Banking System,* 127 Harv. L. Rev. 729 (2013); and Recent Case, *U.S. Bank National Ass'n v. Ibanez, 941 N.E.2d 40 (Mass. 2011),* 125 Harv. L. Rev. 827 (2012).

Mr. Jackson currently serves as the Co-Chair of the Committee on Securities and Exchanges of the New York County Lawyers Association (NYCLA), and he is also a member of NYCLA's Committee on Federal Courts.

Before attending law school, Mr. Jackson was a consultant in the financial services practice of a global strategy consulting firm.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Jan E. Messerschmidt, Associate

Washington, DC

t: 202.408. 3644
f: 202.408.4699
jmesserschmidt@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia
- New York

### Education

- Columbia Law School, J.D., 2014
- New York University, B.A., *magna cum laude,* 2007

### Clerkships & Fellowships

- Law Clerk, the Hon. Beryl A. Howell, Chief Judge, U.S. District Court, District of Columbia, 2016 - 2017
- Law Clerk, the Hon. Rosemary S. Pooler, United States Court of Appeals for the Second Circuit, 2015 - 2016

**Jan E. Messerschmidt** is an associate at Cohen Milstein and a member of the firm's Securities Litigation & Investor Protection practice, where he represents institutional and individual shareholders in derivative lawsuits and securities class actions.

Prior to joining Cohen Milstein, Mr. Messerschmidt was an associate at a highly regarded national litigation boutique, where he represented both plaintiffs and defendants in a range of issues involving antitrust, securities, cybersecurity, contract, personal tort, and malicious prosecution claims.

For his work, *The National Law Journal* named Mr. Messerschmidt one of its 2022 Elite Trial Lawyers "Rising Stars of the Plaintiffs Bar."

### Mr. Messerschmidt is involved in the following notable matters:

- ***Pluralsight, Inc. Securities Litigation* (D. Utah):** Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders.

- ***IBEW Local 98 Pension Fund v. Deloitte* (D.S.C.):** Cohen Milstein is sole Lead Counsel in this putative securities class action against Deloitte entities for allegedly breaching its external auditor duties related to SCANA's multi-billion-dollar nuclear energy expansion project in South Carolina.

- ***In re Silvergate Capital Corporation Securities Litigation* (S.D. Cal.):** Cohen Milstein and Bernstein Litowitz, jointly, as Lead Counsel in this securities class action against Silvergate Capital Corporation, filed an amended consolidated class action complaint before the United States District Court for the Southern District of California. The complaint alleges that Silvergate, a holding company for Silvergate Bank, which is a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase,

**cohenmilstein.com**

34 of 40

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Genesis, and FTX, made materially false and misleading statements about the Company's compliance framework, as well as its anti-money laundering and customer identification programs.

## Mr. Messerschmidt's recent successes include:

- **Miller Energy/KPMG (E.D. Tenn.):** As Co-Lead Counsel, Cohen Milstein settled for $35 million investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the Court granted final approval of the settlement.

- ***In re GreenSky Securities Litigation* (S.D.N.Y.):** Cohen Milstein was Co-Lead Counsel in this putative securities class action against GreenSky, a financial technology company, for failing to disclose the substantial change in the composition of GreenSky's merchant business mix and the resulting diminution in transaction-fee revenue, accounting for 87% of its overall revenue, as it moved from the solar panel energy merchant sector to the healthcare sector. On October 22, 2021, the court granted final approval of a $27.5 million settlement.Before entering private practice, Mr. Messerschmidt served as a law clerk to the Honorable Beryl A. Howell, Chief Judge of the United States District Court for the District of Columbia. He was also a law clerk to the Honorable Rosemary S. Pooler of the United States Court of Appeals for the Second Circuit.

Mr. Messerschmidt earned his B.A., *magna cum laude,* from New York University, where he was the Co-Founder and Editor of *Journal of Politics & International Affairs*. He earned his J.D. from Columbia Law School, where he was a Harlan Fiske Stone Scholar and received the Parker School Certificate for Achievement in International and Comparative Law. During law school, Mr. Messerschmidt had the distinction of participating in the Philip C. Jessup International Law Moot Court Competition (U.S. National Champions (2012, 2013)), and he was the Head Articles Editor for *Columbia Journal of Transnational Law* and the note author of, "Hackback: Permitting Retaliatory Hacking by Non-State Actors as Proportionate Countermeasures to Transboundary Cyberharm," 52 COLUM. J. TRANSNAT'L L. 275 (2013)

Prior to law school, Mr. Messerschmidt was a legislative policy analyst for the New York City Council, Policy Division.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Robert Dumas, Staff Attorney

New York, NY

t: 212.838.7797
f: 212.838.7745
rdumas@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- New York

### Education

- Cornell Law School, J.D., 1996
- State University of New York at Albany, B.A., 1992

**Robert Dumas** is a staff attorney at Cohen Milstein and a member of the Securities Litigation & Investor Protection Practice Group. In this role, Mr. Dumas is engaged in document discovery and review and in preparing the attorneys in deposing witnesses. Since joining the firm in 2014, he has worked on some of the most important mortgage backed securities (MBS) litigations to emerge from the financial crisis.

Prior to joining Cohen Milstein, Mr. Dumas practiced at a leading plaintiff firm, litigating securities fraud matters, and then later at a smaller plaintiff firm, where he helped litigate the In re IPO Securities Litigation, in which investors accused the leading investment banks of rigging IPOs during the 1990s tech bubble; after nearly a decade of legal wrangling, a $586 million settlement was reached. Earlier, he practiced at a leading intellectual property and trademark law firm, where he defended trademark matters for an international clothing manufacturer.

### Currently, Mr. Dumas is helping litigate the following matters:

- ***Bayer Securities Litigation* (N.D. Cal.):** Cohen Milstein is Lead Counsel in this securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars.

- ***Set Capital, et al. v. Credit Suisse Grp. AG, et al.* (S.D.N.Y.):** Cohen Milstein is Co-Lead Counsel in this path-breaking securities class action alleging fraud and market manipulation of XIV Exchange Traded Notes. On March 17, 2023, the court certified one of three proposed investor classes.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

- ***Stock Lending Antitrust Litigation (S.D.N.Y.):*** Cohen Milstein is co-counsel in this groundbreaking putative class action, in which investors accuse Morgan Stanley, Goldman Sachs, Credit Suisse, UBS, J.P. Morgan, and other Wall Street banks of conspiring to thwart the modernization of and preserve their dominance over the $1.7 trillion stock loan market. On September 1, 2023, the court granted preliminary approval of a historic settlement of $499 million in cash along with injunctive relief against defendants Morgan Stanley, Goldman Sachs, UBS, JP Morgan, and EquiLend, bringing total settlements to $580 million thus far. Litigation against Bank of America continues.

- ***In re Interest Rate Swaps Market Manipulation Litigation (S.D.N.Y.):*** Cohen Milstein is court appointed Co-Lead Counsel in this groundbreaking putative class action, charging 12 Wall Street banks with conspiring to engineer and maintain a collusive and anti-competitive stranglehold over the interest rate swaps market – one of the world's biggest financial markets.

## He helped successfully litigate the following notable matters:

***NovaStar MBS Litigation (S.D.N.Y.):*** On March 8, 2019, the Court granted final approval to a $165 million settlement in connection with losses from securities issued by NovaStar Mortgage Inc., a major subprime lender prior to the housing crisis, and several top Wall Street banks.

- ***HEMT MBS Litigation (S.D.N.Y.):*** $110 million settlement with Credit Suisse. Cohen Milstein was lead counsel in a case alleging Credit Suisse and its affiliates sold toxic securities to pension fund investors. Mr. Dumas was deeply involved in document discovery and working on motions, and he played a lead role in preparing the Rule 56.1 statement.

Mr. Dumas graduated from the State University of New York at Albany with a B.A. in History and received his J.D. from Cornell Law School. During law school, he served as an Editor of the *Journal of Law and Public Policy*.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Lyzette M. Wallace, Discovery Counsel

Washington, DC

t: 202.408.4600
f: 202.408.4699
lwallace@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia

### Education

- Howard University School of Law, J.D., 2004
- Stanford University, B.A., 1990

**Lyzette Wallace** is discovery counsel at Cohen Milstein and a member of the firm's Securities Litigation & Investor Protection practice group. Among other things, in this role, Ms. Wallace assists in discovery and evidentiary-related aspects of litigation and deposition preparation.

Ms. Wallace has extensive discovery experience related to government investigations and litigation involving securities, antitrust, and False Claims Act violations, across a range of industries, including financial services, pharmaceuticals, medical devices, healthcare, and involving the U.S. Securities and Exchange Commission, the U.S. Department of Justice, Federal Communications Commission, Federal Trade Commission, Food and Drug Administration, and numerous state Attorney General offices.

Prior to joining Cohen Milstein, Ms. Wallace was as an associate at a highly regarded plaintiffs' firm and a senior associate at a highly regarded defense firm. As a plaintiffs' attorney, Ms. Wallace represented health care insurers against brand pharmaceutical manufacturers in large, antitrust class actions involving False Claims Act violations, kickbacks, Hatch-Waxman abuses and Whistleblower claims. Ms. Wallace was a member of the team that represented a whistleblower against a brand pharmaceutical manufacturer, leading to what was at the time the largest health care fraud settlement in the U.S. Department of Justice's history. As a defense attorney, Ms. Wallace defended clients in internal and external investigations in deferred prosecution agreements, False Claims Act; Food, Drug and Cosmetics Act violations; kickbacks and qui tam matters involving the U.S. Department of Justice, the House Ways and Means Committee, the Senate Finance Committee, Food and Drug Administration, and various state Attorney General offices.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

## Ms. Wallace is currently involved in the following high-profile matters:

- ***Pluralsight, Inc. Securities Litigation* (D. Utah):** Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders.

- **PBM State Investigations:** Cohen Milstein serves as Special Counsel to state Attorneys General throughout the United States in their investigation into the billing practices and fee structures of managed care organizations (MCOs) and PBMs in their delivery of services to state-funded health plans.

- ***Pharmacy Benefit Manager (PBM) Ohio Litigation* (Franklin C.P., Ohio):** Cohen Milstein serves as Special Counsel to the Ohio Attorney General's Office in breach of contract litigation against PBMs Express Scripts, Inc. and OptumRx Administrative Services, LLC for allegedly overcharging certain of Ohio's state-funded health plans on millions of prescription drug claims.

## Some of Ms. Wallace's recent successes include:

- ***In re Wells Fargo & Company Securities Litigation* (S.D.N.Y.):** Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities class action, which alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the 17th largest securities class action settlement ever, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the largest ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

- ***In re Pinterest Derivative Litigation* (N.D. Cal.):** Cohen Milstein, as Interim Lead Counsel, represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a consolidated shareholder derivative complaint against certain current officers and directors of Pinterest, including its Board Chairman and CEO, for breaches of fiduciary duty and other violations of Section 14(a) of the Exchange Act, relating to their alleged personal engagement in and facilitation of a systematic practice of illegal discrimination of employees on the basis of race and sex. As a result of this illegal misconduct, the Company's financial position, goodwill, and reputation among users had been harmed. On June 9, 2022, the Court granted final approval of a $50 million settlement.

- ***Eric Weiner v. Tivity Health, Inc.* (M.D. Tenn.):** Cohen Milstein was Class Counsel, representing Class Representative Oklahoma Firefighters' Pension and Retirement System and other purchasers of Tivity Health stock in a putative securities class action for

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Exchange Act violations related to Tivity's misleading the public about its relationship with United Healthcare, Inc. On October 7, 2021, the Court granted final approval of a $7.5 million settlement.

- ***Ohio Department of Medicaid v. Centene, Corp.* (Franklin C.P., Ohio):** On June 14, 2021, the Ohio Attorney General announced a $88.3 million settlement with Centene Corporation and its wholly owned subsidiaries for their alleged role in not only breaching contractual and fiduciary obligations to the Ohio Department of Medicaid (ODM), but also defrauding ODM out of millions of dollars through an elaborate scheme with pharmacy benefit subcontractors to maximize company profits at the expense of the ODM and millions of Ohioans who rely on Medicaid. Cohen Milstein served as Special Counsel to the Ohio Attorney General's Office in breach of contract litigation.

- ***In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.):** Cohen Milstein, as Co-Lead Counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against the Board of Directors of Alphabet, Inc. Shareholders alleged that the tech giant's Board violated its fiduciary duty by enabling a double standard at Alphabet that allowed powerful executives to sexually harass and discriminate against women without consequence. On November 30, 2020, the court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives at Alphabet-owned companies, and workplace and corporate governance reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

Ms. Wallace is a certified coach through the Coach Training Alliance and founded C3 Coaching, Inc. She is also an accomplished facilitator and speaker and has had the opportunity to give a presentation to a State Department audience that provided successful strategies for managing difficult client relationships and communications.

Prior to practicing law, Ms. Wallace was a senior technical and marketing recruiter at Microsoft, and she founded, owned, and operated an education consulting business.

Ms. Wallace earned her B.A. from Stanford University, and she received her J.D. from Howard University School of Law, where she was the Founder & President of the Intellectual Property Student Association.

**cohenmilstein.com**