# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PERRY SHAPIRO, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

ASSERTIO HOLDINGS, INC., DAN
PEISERT, and PAUL SCHWICHTENBERG,

        Defendants.

Case No. 1:24-cv-00169

Honorable Franklin U. Valderrama

## MOTION OF FLY RY ADVENTURES, LLC FOR RECONSIDERATION OF THE COURT'S ORDER APPOINTING CONTINENTAL GENERAL INSURANCE COMPANY AS LEAD PLAINTIFF

Fly Ry Adventures, LLC ("Fly Ry Adventures") respectfully moves this Court for the entry of an Order: (1) reconsidering and vacating the Court's April 11, 2024 order (ECF No. 61) appointing Continental General Insurance Company ("Continental General") as Lead Plaintiff pursuant to 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; and (2) upon reconsideration, granting Fly Ry Adventures's motion (ECF No. 20), appointing Fly Ry Adventures as Lead Plaintiff, and approving Fly Ry Adventures's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class.[1]

In support of this Motion, Fly Ry Adventures submits herewith the Memorandum of Law in Support of the Motion of Fly Ry Adventures, LLC for Reconsideration of the Court's Order Appointing Continental General Insurance Company as Lead Plaintiff, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Dated: April 12, 2024

Respectfully submitted,

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**

*/s/ Sharan Nirmul*
Sharan Nirmul (#90751)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com

*Counsel for Fly Ry Adventures, LLC and
Proposed Lead Counsel for the Class*

---

[1] Pursuant to the Case Procedures of the Honorable Franklin U. Valderrama, Motion Practice, counsel for Fly Ry Adventures conferred with counsel for Continental General regarding the filing of this Motion for reconsideration. Counsel indicated that Continental General would oppose this Motion for reconsideration.