**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PERRY SHAPIRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSERTIO HOLDINGS, INC., DAN PEISERT, PAUL SCHWICHTENBERG, AJAY PATEL, SPECTRUM PHARMACEUTICALS, INC., THOMAS RIGA, and NORA BRENNAN,<br><br>Defendants. | Case No. 1:24-cv-00169<br><br>Honorable Franklin U. Valderrama |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Assertio Holdings, Inc., Dan Peisert, Paul Schwichtenberg, Ajay Patel, Spectrum Pharmaceuticals, Inc., Thomas Riga, and Nora Brennan provide this Notice of Supplemental Authority in support of their Motion to Dismiss Amended Class Action Complaint, filed August 9, 2024. (ECF Nos. 82, 83). Plaintiffs filed their Opposition on October 10, 2024 (ECF No. 90), and Defendants filed their Reply on November 14, 2024 (ECF No. 93).

The supplemental authority is a recent Fifth Circuit decision from *Zyla Life Sciences, L.L.C. v. Wells Pharma of Houston, L.L.C.*, a case in which Assertio affiliate Zyla sought to enjoin Wells Pharma from competing with Assertio's drug Indocin. Compl. ¶¶ 55, 59. The Complaint alleges that "Assertio did not disclose that . . . Assertio is preempted from bringing that claim," noting that "the court dismissed Assertio's claims against Wells Pharma because it found that 'all of Plaintiff's claims are preempted by federal law.'" *Id.* ¶ 59.

In their Motion to Dismiss, Defendants noted that Assertio had appealed that ruling and

1

explained that "Assertio contends that the trial court's dismissal order was improper because under controlling Fifth Circuit precedent its claims are not preempted by federal law." (ECF No. 83 at 14 n.7; *see* ECF No. 93 at 4).

Plaintiff responded in its Opposition, stating that "the Assertio Defendants did not adequately disclose this dispute because they portrayed this as a legitimate dispute rather than disclosing that Assertio's position in the litigation was unequivocally preempted by federal law," and that "[t]he mere fact that Assertio chose to appeal this clear ruling does not make its position credible." (ECF No. 90 at 11 & n.4).

On April 10, 2025, the Fifth Circuit issued an opinion (attached at Exhibit A) holding that Zyla's claims are not preempted by federal law, and reversing the trial court's order granting Wells Pharma's motion to dismiss. Defendants submit that this opinion bears on the matters in dispute— including whether Plaintiff has alleged with the requisite particularity that any alleged misrepresentation was materially false or misleading because Assertio failed to disclose "the strength of its claims" in the Wells Pharma litigation (Compl. ¶ 59; *see* ECF No. 83 at 14), and whether Plaintiff has adequately alleged that any such misrepresentation was made with the requisite scienter (Compl. ¶ 293; *see* ECF No. 83 at 16)—and thus provide this Notice of Supplemental Authority to bring it to the Court's attention in support of their Motion to Dismiss.

Dated: April 14, 2025

BAKER BOTTS L.L.P.

*/s/ John B. Lawrence*
John B. Lawrence (admitted *pro hac vice*)
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
(214) 953-6500
john.lawrence@bakerbotts.com

Kevin M. Sadler (admitted *pro hac vice*)
1001 Page Mill Road
Building One, Suite 200

2

Palo Alto, California 94304
(650) 739-7500
kevin.sadler@bakerbotts.com

Scott D. Powers (admitted *pro hac vice*)
401 South 1st Street, Suite 1300
Austin, Texas 78704
(512) 322-2500
scott.powers@bakerbotts.com

James J. Beha II (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500
jim.beha@bakerbotts.com

*Attorneys for Assertio Holdings, Inc., Paul Schwichtenberg, Ajay Patel, Spectrum Pharmaceuticals, Inc., Thomas Riga, and Nora Brennan*

BAKER MCKENZIE LLP

/s/ *Michael D. Lehrman*
Michael D. Lehrman (Bar No. 6313339)
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
(312) 861-8000
michael.lehrman@bakermckenzie.com

Aaron Goodman (admitted *pro hac vice*)
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
(310) 201-4726
aaron.goodman@bakermckenzie.com

*Attorneys for Dan Peisert*

3